IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LORIE DUFF**<br>*Plaintiff*,<br><br>vs.<br><br>**FRONTIER AIRLINES, INC. AND ABM AVIATION, INC.**<br>*Defendants*. | § § § § § § § § § § § § §      C.A. 4:20-cv-3430 |

## **INDEX OF MATTERS BEING FILED**

Exhibit A – Civil Cover Sheet;

Exhibit B – Index of Matters Being Filed;

Exhibit C – Case Docket Sheet;

Exhibit D – Plaintiff's Original Petition and Request for Disclosure;

Exhibit E – Proof of Service for Frontier Airlines, Inc. (Process);

Exhibit F – Proof of Service for ABM Aviation, Inc. (Process);

Exhibit G – Defendants Frontier Airlines, Inc. and ABM Aviation, Inc.'s Original Answers and Affirmative Defenses; and

Exhibit H – List of All Counsel of Record.