# Harris County Docket Sheet

# 2020-46326

**COURT:** 125th
**FILED DATE:** 8/4/2020
**CASE TYPE:** Other Injury or Damage



### DUFF, LORIE

Attorney: FORSBERG, KEVIN ANDREW

### vs.

### FRONTIER AIRLINES INC

Attorney: COMERFORD, PATRICK J

| Docket Sheet Entries | |
|---|---|
| Date | Comment |