**7018 2290 0001 3525 2759**

p.2

CAUSE NO.   202046326

RECEIPT NO.  893648                              75.00         CTM
           *********                             TR # 73774089

PLAINTIFF: DUFF, LORIE                           In The    125th
        vs.                                      Judicial District Court
DEFENDANT: FRONTIER AIRLINES INC                 of Harris County, Texas
                                                 125TH DISTRICT COURT
                                                 Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: FRONTIER AIRLINES INC MAY BE SERVED THROUGH THEIR REGISTERED AGENT
    THE PRIENCE HALL CORPORATION

    211  EAST 7TH STREET SUITE 620   AUSTIN  TX  78701 - 3218

    Attached is a copy of, PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 4th day of August, 2020, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 5th day of August, 2020, under my hand and
seal of said Court.



Issued at request of:                            MARILYN BURGESS, District Clerk
FORSBERG, KEVIN ANDREW                           Harris County, Texas
15899  HWY 105 W                                 201 Caroline, Houston, Texas 77002
MONTGOMERY, TX  77356                            (P.O. Box 4651, Houston, Texas 77210)
Tel: (936) 588-6226
Bar No.: 24009204                                Generated By: CLAUSELL,CYNTHIA  RGI//11549223

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____                     _____
                                                 ADDRESS

                                                 Service was executed in accordance with Rule 106
_____                        (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                                         return receipt incorporated herein and attached
                                                     hereto at

_____                     _____

                                                 _____
                                                 on _____ day of _____, _____
                                                 by U.S. Postal delivery to _____

                                                 This citation was not executed for the following
                                                 reason: _____

                                                 MARILYN BURGESS, District Clerk
                                                 Harris County, TEXAS

                                                 By _____, Deputy

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

N.INT.CITM.P                        *73774089*

**7018 2290 0001 3525 2759**

CAUSE NO. 202046326

RECEIPT NO. 893648          75.00          CTM
\*\*\*\*\*\*\*\*\*\*                         TR # 73774089

| PLAINTIFF: DUFF, LORIE | In The   125th |
| vs. | Judicial District Court |
| DEFENDANT: FRONTIER AIRLINES INC | of Harris County, Texas |
| | 125TH DISTRICT COURT |
| | Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris


TO: FRONTIER AIRLINES INC MAY BE SERVED THROUGH THEIR REGISTERED AGENT
    THE PRIENCE HALL CORPORATION

    211   EAST 7TH STREET SUITE 620   AUSTIN   TX   78701 - 3218

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>


This instrument was filed on the <u>4th day of August, 2020</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 5th day of August, 2020, under my hand and
seal of said Court.



<u>Issued at request of</u>:                              MARILYN BURGESS, District Clerk
FORSBERG, KEVIN ANDREW                          Harris County, Texas
15899   HWY 105 W                               201 Caroline, Houston, Texas 77002
MONTGOMERY, TX   77356                          (P.O. Box 4651, Houston, Texas 77210)
Tel: (936) 588-6226
Bar No.: 24009204                               Generated By: CLAUSELL,CYNTHIA  RGI//11549223

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:


_____            _____
                                            ADDRESS

_____            Service was executed in accordance with Rule 106
(a)ADDRESSEE                                   (2) TRCP, upon the Defendant as evidenced by the
                                               return receipt incorporated herein and attached
                                               hereto at
_____

                                            _____
                                            on _____ day of _____, _____
                                            by U.S. Postal delivery to _____

                                            This citation was not executed for the following
                                            reason: _____

                                            _____

                                            MARILYN BURGESS, District Clerk
                                            Harris County, TEXAS

                                            By _____, Deputy

N.INT.CITM.P                                    \*73774089\*