CT Corporation

**Service of Process Transmittal**
08/10/2020
CT Log Number 538066936

**TO:**  Cecilia Sanchez
ABM Industries Incorporated
14141 Southwest Fwy Ste 400
Sugar Land, TX 77478-4651

**RE:**  **Process Served in Texas**

**FOR:**  ABM Aviation, Inc.  (Domestic State: GA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LOME DUFF, PLTF. vs. FRONTIER AIRLINES, INC. AND ABM AVIATION, INC., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202046326 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/10/2020 postmarked: "Illegible" |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/10/2020, Expected Purge Date: 08/15/2020 |
| | Image SOP |
| | Email Notification,  Tricia Donnell  tricia.donnell@abm.com |
| | Email Notification,  SOP Group  ServiceofProcess@abm.com |
| | Email Notification,  Debora Martin  debora.martin@abm.com |
| | Email Notification,  Ashley Jeun  ashley.jeun@abm.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts



**MARILYN BURGESS**

HARRIS COUNTY DISTRICT CLERK
P.O. Box 4651
HOUSTON, TEXAS 77210-4651

7018 2290 0001 3525 2742

ABM AVIATION INC
C/O CT CORPORATION SYSTEMS
1999 BRYAN STREET SUITE 900
DALLAS TX 75201
2020 43625   125TH

PLAINTIFF: DUFF, LORIE
          vs.
DEFENDANT: FRONTIER AIRLINES INC

In The    125th
Judicial District Court
of Harris County, Texas
125TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: ABM AVIATION INC (GEORGIA CORPORATION) MAY BE SERVED THROUGH ITS
    REGISTERED AGENT CT CORPORATION SYSTEM

    1999 BRYAN STREET SUITE 900   DALLAS  TX  75201

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 4th day of August, 2020, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 5th day of August, 2020, under my hand and
seal of said Court.

Issued at request of:
FORSBERG, KEVIN ANDREW
15899 HWY 105 W
MONTGOMERY, TX  77356
Tel: (936) 588-6226
Bar No.: 24009204



MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: CLAUSELL,CYNTHIA  RGI//11549223

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

_____

(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
    (2) TRCP, upon the Defendant as evidenced by the
    return receipt incorporated herein and attached
    hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____