IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** <br> *Plaintiff*, <br><br> vs. <br><br> **FRONTIER AIRLINES, INC. AND ABM AVIATION, INC.** <br> *Defendants*. | § § § § § § § § § § § | C.A. 4:20-cv-3430 |

## LIST OF ALL COUNSEL OF RECORD

The following is a list of all counsel of record:

Kevin A. Forsberg
THE FORSBERG LAW FIRM, P.C.
15899 Hwy 105 West
Montgomery, Texas 77356
Telephone: (936) 588-6226
Facsimile: (936) 588-6229
E-mail: kevin@forsberglaw.net
**COUNSEL FOR PLAINTIFF**

Marc Michael Rose
State Bar No. 24098350
Fed. Id. 2943701
ROSE LAW GROUP PLLC
777 Main Street, Suite 600
Ft. Worth, Texas 76102
Telephone: (817) 887-8118
Facsimile: (817) 887-8001
E-mail: marc@roselg.com
**COUNSEL FOR DEFENDANT ABM AVIATION, INC.**

Patrick J. Comerford
RIGBY SLACK LAWRENCE BERGER AKINC PEPPER & COMERFORD
3500 Jefferson Street, Ste. 330
Austin, Texas 78731
Telephone: (512) 782-2054
E-mail: pcomerford@rigbyslck.com
**COUNSEL FOR DEFENDANT FRONTIER AIRLINES, INC.**