UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) ) | |
| | ) | |
| DEFENDANTS | ) | |

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Lorie Duff files her Certificate of Interested Parties as follows:

1. Lorie Duff
   25469 Borough Park Drive, Apartment 1318
   Spring, TX 77380

2. Frontier Airlines, Incorporated
   Texas Registered Agent: The Prentice Hall Corporation
   211 East 7th Street, Suite 620
   Austin, TX 78701-3218

3. ABM Aviation, Incorporated
   Texas Registered Agent: CT Corporation System
   1999 Bryan Street, Suite 900
   Dallas, TX 75201

4. Kevin A. Forsberg
   The Forsberg Law Firm, PC.
   15899 Hwy. 105 West
   Montgomery, Texas 77356

5. Medicare
   P.O. Box 138832
   Oklahoma City, OK 73113

5. All persons and entities listed on any other parties' Certificate of Interested Parties.

Respectfully Submitted,

The Forsberg Law Firm, P.C.

By:__/s/ Kevin A. Forsberg____
      Kevin A. Forsberg
      SBN:24009204
      15899 Hwy 105 West
      Montgomery, Texas 77356
      Tel: 936-588-6226
      Fax:936-588-6229
      kevin@Forsberglaw.net

Certificate of Service

A copy of this pleading has been forwarded to Counsels for Defendants' on this 20th day of October, 2020 via the PACER/ECF system

___/s/ Kevin A. Forsberg___
Kevin Forsberg