IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LORIE DUFF**<br>　　*Plaintiff*,<br><br>vs.<br><br>**FRONTIER AIRLINES, INC. AND ABM AVIATION, INC.**<br>　　*Defendants*. | §§§§§§§§§§§ C.A. 4:20-cv-3430 |

## DEFENDANT ABM AVIATION, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

Defendant, ABM Aviation, Inc. ("Defendant") files their Corporate Disclosure Statement and Certificate of Interested Parties pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendant discloses that:

1. ABM Aviation, Inc. is a wholly owned subsidiary of ABM Industries Inc.

2. ABM Industries Inc. is a corporation whose shares are publicly traded on the NYSE (NYSE: ABM). ABM does not have a parent corporation. No publicly held corporation owns 10% or more of ABM's stock.

Pursuant to this Court's Order for Pretrial Conference, Defendants certify that the following persons and entities may have a financial interest in the outcome of this litigation:

1. Lorie Duff, Plaintiff

2. The Forsberg Law Firm, P.C., Attorneys for Plaintiff;

3. Rigby Slack Lawrence Berger Akinc Pepper & Comerford, Attorneys for Defendant Frontier Airlines, Inc.;

CERTIFICATE OF INTERESTED PARTIES　　　　　　　　　　　　　　　　　　　　　　　　1

4. ABM Industries, Inc. (NYSE: ABM) and ABM Aviation Inc., a wholly owned subsidiary of the former, Defendant;

5. Rose Law Group PLLC, Attorney for Defendant; and

6. Underwriters for the Insured.

Respectfully submitted,

ROSE LAW GROUP PLLC

*/s/ Marc Michael Rose*
Marc Michael Rose
Fed. Id.: 2943701
State Bar No. 24098350
777 Main Street, Suite 600
Ft. Worth, Texas 77024
Telephone: (817) 887-8118
Facsimile: (817) 887-8001
E-mail: marc@roselg.com
**COUNSEL FOR DEFENDANT ABM AVIATION, INC.**

## **CERTIFICATE OF SERVICE**

  This is to certify that on November 3, 2020, a true and correct copy of the foregoing document was served by electronic service on:

Kevin A. Forsberg
THE FORSBERG LAW FIRM, P.C.
15899 Hwy 105 West
Montgomery, Texas 77356
Telephone: (936) 588-6226
Facsimile: (936) 588-6229
E-mail: kevin@forsberglaw.net
**COUNSEL FOR PLAINTIFF**

Patrick J. Comerford
Rigby Slack Lawrence Berger Akinc Pepper & Comerford
3500 Jefferson Street, Ste. 330
Austin, Texas 78731
Telephone: (512) 782-2054
E-mail: pcomerford@rigbyslck.com
**COUNSEL FOR DEFENDANT FRONTIER AIRLINES, INC.**

              */s/ Marc Michael Rose*
              Marc Michael Rose