IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-03430 |
| | § | |
| **FRONTIER AIRLINES, INC. AND ABM AVIATION, INC.** | § § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANT FRONTIER AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

Defendant, Frontier Airlines, Inc. ("Defendant") files this Corporate Disclosure Statement and Certificate of Interested Parties pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendant discloses that:

1. Frontier Airlines, Inc. is a wholly owned subsidiary.

2. Frontier Airlines, Inc. does not have a parent corporation. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Pursuant to this Court's Order for Pretrial Conference, Defendants certify that the following persons and entities may have a financial interest in the outcome of this litigation:

1. Lorie Duff, Plaintiff

2. The Forsberg Law Firm, P.C., Attorneys for Plaintiff

3. Defendant Frontier Airlines, Inc.

4. RIGBY SLACK LAWRENCE BERGER AKINC PEPPER & COMERFORD, PLLC Attorneys for Defendant Frontier Airlines, Inc.

5. Underwriters for the Insured, Frontier Airlines, Inc.

6. ABM Industries, Inc. and ABM Aviation Inc., a wholly owned subsidiary of the former, Defendant

7. Rose Law Group PLLC, Attorney for Defendant ABM Aviation Inc.

8. Underwriters for the Insured, ABM Aviation Inc.

    Respectfully submitted,

**RIGBY SLACK LAWRENCE BERGER AKINC PEPPER + COMERFORD, PLLC**

By: _/s/ Patrick J. Comerford_
    Patrick J. Comerford
    State Bar No. 24096724
    SDTBN: 2973386

3500 Jefferson Street, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2060
pcomerford@rigbyslack.com

**ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Removal was served via CM/ECF on all parties and attorneys of record on November 9, 2020:

Kevin A. Forsberg
THE FORSBERG LAW FIRM, P.C.
15899 Hwy 105 West
Montgomery, Texas 77356
kevin@forsberglaw.net
*Counsel for Plaintiff*

Marc Michael Rose
ROSE LAW GROUP PLLC
777 Main Street, Suite 600
Ft. Worth, Texas 77024
marc@roselg.com
*Counsel for Defendant ABM Aviation, Inc.*

    */s/ Patrick J. Comerford*
    Patrick J. Comerford