# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **LORIE DUFF**<br>*Plaintiff*,<br><br>vs.<br><br>**FRONTIER AIRLINES, INC. AND ABM AVIATION, INC.**<br>*Defendants*. | C.A. 4:20-cv-3430 |

## CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Order for Conference and Disclosure of Interested Parties, which was entered upon filing of the petition for removal of this action.

On January 7, 2021, I served copies of Judge Alfred H. Bennett's Court Procedures and Practices and the Order for Conference and Disclosure of Interested Parties on all other parties.

January 7, 2021

*/s/ Marc Michael Rose*
Marc Michael Rose
**COUNSEL FOR DEFENDANT,
ABM AVIATION, INC.**

## **CERTIFICATE OF SERVICE**

      This is to certify that on January 7, 2021, a true and correct copy of the foregoing document was served by electronic service on:

Kevin A. Forsberg
THE FORSBERG LAW FIRM, P.C.
15899 Hwy 105 West
Montgomery, Texas 77356
Telephone: (936) 588-6226
Facsimile: (936) 588-6229
E-mail: kevin@forsberglaw.net
**COUNSEL FOR PLAINTIFF**

Patrick J. Comerford
Rigby Slack Lawrence Berger Akinc Pepper & Comerford
3500 Jefferson Street, Ste. 330
Austin, Texas 78731
Telephone: (512) 782-2054
E-mail: pcomerford@rigbyslck.com
**COUNSEL FOR DEFENDANT FRONTIER AIRLINES, INC.**

                                                       */s/ Marc Michael Rose*
                                                       Marc Michael Rose