United States District Court
Southern District of Texas
**ENTERED**
April 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) | JURY DEMANDED |
| | ) | |
| DEFENDANTS | ) | |

## ORDER GRANTING PLAINTIFF'S FIRST AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

ON THIS DAY, the Court considered Plaintiff's First Amended Unopposed Motion for Leave to File First Amended Complaint (Doc. #14), and after considering the motion, and the record, the Court finds the motion meritorious; it is therefore

ORDERED that Plaintiffs' Motion for Leave to File First Amended Complaint is GRANTED.

Signed this _____ day of APR 1 5 2021, 2021.

_____
U.S. District Court Judge