# RETURN OF SERVICE

Notice: This document contains sensitive data

| | | |
|---|---|---|
| **Court** | **Federal Court**<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS**<br>**Harris County, Texas** | Court Stamp Here |
| **Plaintiff** | **LORIE DUFF** | Cause #<br>**4:20-CV-03430** |
| **Defendant(s)** | **FRONTIER AIRLINES INC; ET AL** | Came to Hand Date/Time<br>**4/28/2021    8:48 PM** |
| **Manner of Service** | **Personal** | Service Date/Time<br>**4/29/2021    1:32 PM** |
| **Documents** | **SUMMONS; COMPLAINT** | Service Fee:<br>**$85.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **4/29/2021** at **1:32 PM**: I served **SUMMONS and COMPLAINT** upon **DAL Global Services LLC (NKA Unifi) c/o Corporation Service Company, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **DAL Global Services LLC (NKA Unifi) c/o Corporation Service Company, REGISTERED AGENT, Kayleigh Donovan, agent, Who accepted service with direct delivery, with identity confirmed by subject stating their name, a blonde-haired white female approx. 25-35 years of age, 5'4"-5'6" tall and weighing 80-120 lbs** at **211 E 7th St Suite 620, Austin, TX 78701**.

My name is: **Andrew Swatzell**. My date of birth is: **11/24/1983**

My address is: **815-A BRAZOS ST #419, AUSTIN, TX 78701**, USA.

My process server identification # is: **18592**. My Certification expires: **9/30/2022**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Travis county, TX.

Andrew Swatzell

04/29/2021
Date Executed

Ref **REF-7946091**

0069118109

txefile@abclegal.com

 The Forsberg Law Firm, PC

Tracking # **0069183888**

