**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LORIE DUFF | § | |
| Plaintiff, | § | |
| | § | Case No. 4:20-CV-03430 |
| v. | § | |
| | § | |
| FRONTIER AIRLINES, INC. AND | § | |
| ABM AVIATION, INC. | § | JURY DEMANDED |
| Defendants. | § | |

---

**DEFENDANT DAL GLOBAL SERVICES, LLC'S
Rule 26 INITIAL DISCLOSURES**

---

COMES NOW, Defendant, DAL Global Services, LLC ("DAL Global"), and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, serves these their Initial Disclosures. DAL Global reserves the right to amend its disclosures to reflect additional information as such becomes available in the course of discovery and their investigation, as required under Rule 26 of the Federal Rules of Civil Procedure. DAL Global adopts all other parties' disclosures (without stipulating to a witness's alleged expertise) as if fully restated herein.

**A.** The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**Response:**

1. Lorie Duff
   c/o Kevin Forseberg, Esq.
   The Forseberg Law Firm, P.C.
   15899 Hwy 105 West
   Montgomery, Texas 77356
   936-588-6226

*Lorie Duff is the plaintiff in this lawsuit.  She may have information regarding the facts in this lawsuit.*

2. Frontier Airlines, Inc.
   and/or its employee(s), custodian of records, and corporate representative(s)
   c/o Patrick J. Comerford
   Rigby Slack Lawrence Berger Akin Pepper & Comerford PLLC
   3500 Jefferson Street, Suite 330
   Austin, Texas 78731
   512-782-2060

   *Frontier Airlines, Inc. is a defendant in this lawsuit.  Its' employee(s), custodian of records and/or corporate representative(s) may have information regarding the facts in this lawsuit.*

3. ABM Aviation, Inc.
   and/or its employee(s), custodian of records, and corporate representative(s)
   c/o Marc Michael Rose
   Rose Law Group, PLLC
   777 Main Street, Suite 600
   Fort Worth, Texas 76102
   817-887-8118

   *ABM Aviation, Inc. is a defendant in this lawsuit.  Its' employee(s), custodian of records and/or corporate representative(s) may have information regarding the facts in this lawsuit.*

4. DAL Global Services, LLC
   and/or its employee(s), custodian of records, and corporate representative(s)
   c/o Robert M. Browning
   Brown Sims
   1177 West Loop South, 10th Floor
   Houston, Texas 77027
   713-629-1850

   *DAL Global Services, LLC is a defendant in this lawsuit.  Its' employee(s), custodian of records and/or corporate representative(s) may have information regarding the facts in this lawsuit.*

5. *Maria Vargas*
   *Samantha Craig*
   *Leonardo Ojeda*
   *Marcus Carter*
   *Shawnya Williams*
   c/o Robert M. Browning
   Brown Sims
   1177 West Loop South, 10th Floor

Houston, Texas 77027
713-629-1850

*Past and current employees of DAL Global Services, LLC who may have information regarding the facts in this lawsuit.*

6. Aylancia Lillie
   1015 Hummingbird Point Lane
   Houston, Texas 77090
   346-316-5301

   *Ms. Lillie was a Customer Care Agent for ABM Aviation, Inc.  She may have knowledge regarding the incident.*

7. *Misty Cannon*
   *1301 Lakeland Drive, Apt. 205*
   *Liberty, Texas 77575*
   *936-346-2515*

   *Ms. Cannon was a Customer Care Supervisor for ABM Aviation, Inc.  She may have knowledge regarding the incident.*

8. *George Bush International Airport*
   and/or its employee(s), custodian of records, and corporate representative(s)
   *2800 North Terminal Road*
   *Houston, Texas 77032*
   *281-230-3100*

   *Premises where incident occurred.  Its' employee(s), custodian of records and/or corporate representative(s) may have information regarding the facts in this lawsuit.*

9. *Houston Fire Department/City of Houston EMS*
   and/or its employee(s) and custodian of records
   *P.O. Box 4945*
   *Houston, Texas 77210*
   *877-659-0481*

   *Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*

10. *Memorial Hermann Northeast Hospital*
    and/or its employee(s) and custodian of records
    *18951 North Memorial Drive*
    *Humble, Texas 77338*
    *281-540-7700*

*Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*

11. *Miller Chiropractic*
    and/or its employee(s) and custodian of records
    *3504 West Davis Street*
    *Conroe, Texas 77304*
    *936-788-6565*

    *Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*

12. *Houston MRI & Diagnostic Imaging*
    and/or its employee(s) and custodian of records
    *9990 Richmond Avenue, Suite 110*
    *Houston, Texas 77042*
    *713-239-2309*

    *Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*

13. *Texas Center for Neuroscience*
    and/or its employee(s) and custodian of records
    *1900 North Loop West, Suite 240*
    *Houston, Texas 77027*
    *713-239-2309*
    *Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*

14. *Houston Spine & Rehabilitation Centers*
    and/or its employee(s) and custodian of records
    *3101 College Park Drive*
    *The Woodlands, Texas 77384*
    *281-205-0317*

    *Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*

15. *Signature RX*
    and/or its employee(s) and custodian of records
    *9434 Katy Freeway, #410*
    *Houston, Texas 77055*
    *713-275-2589*

    *Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*

16. *Northstar Doc*
    *and/or its employee(s) and custodian of records*
    *2302 Fannin, #410*
    *Houston, Texas 77002*
    *855-568-5629*

    *Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*

17. *Horizon Pain Management*
    *and/or its employee(s) and custodian of records*
    *6535 FM 2920*
    *Spring, Texas 77379*
    *832-442-3479*

    *Medical provider identified by Ms. Duff who may have knowledge regarding the alleged injuries sustained from the incident.*


    *DAL Global reserves the right to amend to supplement.  DAL Global further cross-designate any witness identified by any other party in this litigation.*

**B.** A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

   **Response:**

- *Photographs of the incident;*

- *Written statements by witnesses; and*

- *Defendant's Insurance Policy.*

*Defendant reserves the right to amend or supplement its Disclosures.*

**C.** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

   **Response:**

   *Defendant disputes Plaintiff's calculation of damages.*

*Defendant reserves the right to amend or supplement its Disclosures.*

**D.** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:**

*See responsive documents attached.*

6

Respectfully submitted,

**BROWN SIMS, P.C.**

Robert M. Browning
Texas Bar No. 00796264
Fed. ID No. 21097
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel:  (713) 629-1580
Fax:  (713) 629-5027
*rbrowning@brownsims.com*

**ATTORNEY-IN-CHARGE FOR
DEFENDANT DAL GLOBAL
 SERVICES, LLC**

**OF COUNSEL:**

Allison Z. Schackel
Texas Bar No. 2408877
Fed. ID. No. 2561425
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel:  (713) 629-1580
Fax:  (713) 629-5027
*aschackel@brownsims.com*

**ATTORNEY FOR DEFENDANT
DAL GLOBAL SERVICES, LLC**

7

## **CERTIFICATE OF SERVICE**

    I hereby certify that service of the foregoing was on this the 1st day of June, 2021 in accordance with the Federal Rules of Civil Procedure.


                                       _____
                                        Robert M. Browning