United States District Court
Southern District of Texas
**ENTERED**
October 06, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 4:20-cv-03430 |
| **FRONTIER AIRLINES, INC., AND ABM AVIATION, INC.** | § § § | |
| *Defendants.* | § | |

## ORDER

After considering the Joint Motion for Continuance, the Court is of the opinion that said motion should be **GRANTED**. It is hereby **ORDERED** that this case is hereby continued, and counsel will confer and file an amended scheduling order within 30 days from the date of this order.

_____
Honorable Alfred H. Bennett
United States District Judge