UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF<br>　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. AND<br>ABM AVIATION, INC.<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:20-CV-03430<br><br><br>JURY DEMANDED |

_____

**DEFENDANT DAL GLOBAL SERVICES, LLC'S
CERTIFICATE OF INTERESTED PARTIES**
_____

COMES NOW, Defendant DAL Global Services, LLC ("Defendant" or "DAL Global"), and files this, Certificate of Interested Parties, pursuant to Federal Rule of Civil Procedure 7.1.  Defendant certifies that the following personas, associations of persons, firms, partnerships, corporations, parent corporations, and other entities are financially interested in the outcome of this litigation:

Interested Parties

1. DAL Global Services, LLC;
2. Lorie Duff;
3. Frontier Airlines, Inc.;
4. ABM Aviation, Inc.; and
5. Kevin Forsberg.

Corporate Disclosure Statement

Defendant DAL Global Services, LLC is owned 51% by Argenbright Holdings I, LLC and 49% by Delta Air Lines, Inc.

Respectfully submitted,

BROWN SIMS

_____
Robert M. Browning
Attorney-in-Charge
Texas Bar No. 00796264
Federal I.D. No: 21097
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (facsimile)

*Attorney for Defendant*
*DAL Global Services, LLC*

OF COUNSEL:

Allison Z. Schackel
Texas State Bar No. 24088711
Federal I.D. No. 2561425
Email: aschackel@brownsims.com
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Telephone:  (713) 629-1580
Facsimile:  (713) 629-5027

*Attorney for Defendant*
*DAL Global Services, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing. Service on any party or counsel who is not a Filing User was accomplished via Email, Facsimile, Certified Mail/RRR, or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on this the 20th day of October, 2021.

_____
Robert M. Browning