UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-3430 |
| | § | |
| FRONTIER AIRLINES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING ORDER

1.  N/A _____    **AMENDMENTS TO PLEADINGS
                              AND ADDITION OF NEW PARTIES**
                              Party requesting joinder will furnish a copy of this
                              scheduling order to new parties.

                              **EXPERTS**
2a. April 30, 2022 _____   Plaintiff, or party with the burden of proof, will
                              designate expert witnesses in writing, listing the
                              qualifications of each expert, the opinions the expert
                              will present, and the bases for the opinions as required
                              under Federal Rule of Civil Procedure 26(a)(2).

2b. June 18, 2022 _____   Defendant, or party without the burden of proof, will
                              designate expert witnesses in writing, listing the
                              qualifications of each expert, the opinions the expert
                              will present, and the bases for the opinions as required
                              under Federal Rule of Civil Procedure 26(a)(2).

3   July 12, 2022 _____   **DISCOVERY**
                              Counsel may, by agreement continue discovery beyond
                              the deadline.  No continuance will be granted because
                              of information acquired in post-deadline discovery.

4.  July 12, 2022 _____   **MOTIONS DEADLINE**
                              Including any motion challenging an expert witness.
                              (only motions in limine on issues other than experts
                              may be filed after this date)  The motion deadline may
                              not be changed by agreement.

1 / 2

**JOINT PRETRIAL ORDER**

5a. _____    THE DEFENDANT shall supply the Plaintiff with a
final version of its pretrial order on this date. (Where
available, Defendant should supply Plaintiff with an
electronic copy).

5b. November 29, 2022 _____    THE PLAINTIFF is responsible for filing the pretrial
order on this date. All Motions in Limine must also be
filed by this date.

6. _____    **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C.

7. _____    **TRIAL** is set for 9:00 a.m. in Courtroom 8C
Case is subject to being called to trial on short notice
during the two week period beginning on this date.


The Clerk shall enter this Order and provide a copy to all parties.


SIGNED on _____ , at Houston, Texas.


_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

2 / 2

**APPROVED AS TO FORM
AND SUBSTANCE:**

**BROWN SIMS, P.C.**

Robert M. Browning
State Bar No. 00796264
Fed. ID No. 21097
Allison Z. Schackel
State Bar No. 2408877
Fed. ID. No. 2561425
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027
rbrowning@brownsims.com
aschackel@brownsims.com

*COUNSEL FOR DEFENDANT
DAL GLOBAL SERVICES, LLC*


**ROSE LAW GROUP PLLC**

Marc Michael Rose
State Bar No. 24098350
Fed. ID No. 2943701
777 Main Street, Suite 600
Ft. Worth, Texas77024
marc@roselg.com

*COUNSEL FOR DEFENDANT
ABM AVIATION, INC.*

THE FORSBERG LAW FIRM, P.C.

Kevin A. Forsberg
State Bar No. 24009204
15899 Hwy 105 W
Montgomery, Texas 77356
*kevin@forsberglaw.net*

**ATTORNEY FOR PLAINTIFF**

RIGBY SLACK LAWRENCE BERGER
AKINC PEPPER + COMERFORD, PLLC

Patrick J. Comerford
State Bar No. 24096724
Fed. ID No. 2973386
3500 Jefferson Street, Suite 330
Austin, Texas 78731
*pcomerford@rigbyslack.com*

**ATTORNEY FOR CO-DEFENDANT,
FRONTIER AIRLLINES, INC.**