UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF<br>　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. AND<br>ABM AVIATION, INC.<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:20-CV-03430<br><br>JURY DEMANDED |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANT DAL GLOBAL SERVICES, INC. ONLY

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Lorie Duff ("Plaintiff") and files this Motion to Dismiss with Prejudice as to Defendant DAL Global Services, Inc. Only, and, in support thereof, would respectfully show the Court as follows:

Plaintiff moves this Court to dismiss all of the remaining claims with prejudice against Defendant DAL Global Services, Inc. on the grounds that the parties have compromised and settled all remaining claims and disputes between them that relate to the subject of this lawsuit and have agreed that all costs of court shall be paid by the party incurring them.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Court enter an order dismissing any and all claims, with prejudice, and requiring each party to pay its own costs. Any relief not expressly herein granted is denied.

[Signature on following page]

Respectfully submitted,

THE FORSBERG LAW FIRM, P.C.


By: _____/s/ Kevin Forsberg
       Texas Bar No. 24009204
       15899 Hwy 105 West
       Montgomery, Texas 77356
       Tel: (936) 588-6226
       Fax: (936) 588-6229
       kevin@forsberglaw.net

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via the PACER/ECF system on December ____, 2021.

                   ____/s/ Kevin Forsberg_____
                   Kevin A. Forsberg