# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF<br>　　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. AND<br>ABM AVIATION, INC.<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:20-CV-03430<br><br><br><br>JURY DEMANDED |

### ORDER GRANTING
### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AS TO
### DEFENDANT DAL GLOBAL SERVICES, INC. ONLY

CAME TO BE HEARD on this day for consideration the Plaintiff's Motion to Dismiss with Prejudice as to Defendant DAL Global Services, Inc. Only ("Motion"). The Court, having considered the Motion, is of the opinion that the Motion is well taken and should be GRANTED. It is therefore,

ORDERED, ADJUDGED, and DECREED that any and all remaining claims made by Plaintiff Lorie Duff in the above-numbered and entitled cause are hereby dismissed with prejudice as to Defendant DAL GLOBAL SERVICES, INC. Plaintiff shall have no right to refile the same in any Court at any time and all costs of court shall be taxed against the party incurring them. Nothing in this Order shall be constructed as a dismissal of Plaintiff's claims against any other party.

Any relief not expressly herein granted as to Defendant DAL GLOBAL SERVICES, INC. is denied.

It is so ORDERED

_____  
Date

_____  
The Honorable Alfred H. Bennett  
United States District Judge