UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) | JURY DEMANDED |
| | ) | |
| DEFENDANTS | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

ON THIS DAY, the Court considered Plaintiff's Opposed Motion for Leave to File Second Amended Complaint, and after considering the motion, and the record, the Court finds the motion meritorious; it is therefore

ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint is GRANTED.

Signed this _____ day of _____, 2022.

_____
U.S. District Court Judge