# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | § | |
|     Plaintiff, | § | |
| | § | Case No. 4:20-CV-03430 |
| v. | § | |
| | § | |
| FRONTIER AIRLINES, INC. AND | § | |
| ABM AVIATION, INC. | § | JURY DEMANDED |
|     Defendants. | § | |

## ORDER GRANTING
## DAL GLOBAL SERVICES, INC.'S MOTION TO DISMISS D.E. 31

CAME TO BE HEARD on this day for consideration DAL Global Services, Inc.'s Motion to Dismiss D.E. 31 ("Motion"). The Court, having considered the Motion, is of the opinion that the Motion is well taken and should be GRANTED. It is therefore,

ORDERED, ADJUDGED, and DECREED that any and all remaining claims made by Defendants Frontier Airlines, Inc. and ABM Aviation, Inc. in D.E. 31 are hereby dismissed.

Any relief not expressly herein granted is denied.

_____  
Date

_____  
The Honorable Alfred H. Bennett  
United States District Judge