MARC M. ROSE, ESQ.
LICENSED IN TX & VA



January 5, 2022

<u>VIA: ECF</u>
The Honorable Alfred H. Bennett
U.S. District Court
Southern District of Texas
515 Rusk, Room 8631
Houston, Texas 77002

          Re:   *Lorie Duff v. Frontier Airlines, Inc. et. al.*,
                4:20-cv-03430
                <u>Deadline Extension to File Response</u>
                <u>to Plaintiff's Motion for Leave to Amend</u>

To The Honorable Judge Bennett:

Plaintiff filed an Opposed Motion for Leave to File a Second Amended Complaint (Doc. Nos. 32 and 33) and a Motion to Dismiss Defendant DAL Global Services, Inc. The Motion Docket Date for Defendants to file responses was set for January 5, 2022. Defense counsel for ABM Aviation, Inc. conferred with Mr. Kevin Forsberg, Plaintiff's counsel via e-mail on January 3, 2022, requesting a seven-day (7) extension to reply to the Opposed Motion for Leave to File Second Amended Complaint (Doc. No. 32) and Motion to Dismiss DAL Global Services, Inc. (Doc. No. 33). Mr. Forsberg agreed to extend the deadline for Defendants to file responses to **January 12, 2022**. We ask that the Court take no action on Plaintiff's Motions until responses are filed after January 12, 2022.

          Respectfully submitted,

          ROSE LAW GROUP PLLC

          <u>/s/ Marc Michael Rose</u>
          Marc Michael Rose
          Fed. Id.: 2943701
          State Bar No.  24098350
          777 Main Street, Suite 600
          Ft. Worth, Texas 77024
          Telephone: (817) 887-8118
          Facsimile: (817) 887-8001
          E-mail: marc@roselg.com
          **COUNSEL FOR DEFENDANT**
          **ABM AVIATION, INC.**



**Cc:**

*Via E-mail:Lisa_Edwards@txs.uscourts.gov*
Lisa Edwards
Case Manager to The Hon. Alfred H. Bennett
United States District Court
Southern District of Texas
515 Rusk, Room 8631
Houston, Texas 77002

*Via E-mail:kevin@forsberglaw.com*
Kevin A. Forsberg
THE FORSBERG LAW FIRM, P.C.
15899 Hwy 105 West
Montgomery, Texas 77356
Telephone: (936) 588-6226
Facsimile: (936) 588-6229
E-mail: kevin@forsberglaw.net
**COUNSEL FOR PLAINTIFF**

*Via E-mail: pcomerford@rigbyslck.com*
Patrick J. Comerford
Rigby Slack Lawrence Berger Akinc Pepper & Comerford
3500 Jefferson Street, Ste. 330
Austin, Texas 78731
Telephone: (512) 782-2054
E-mail: pcomerford@rigbyslck.com
**COUNSEL FOR DEFENDANT FRONTIER AIRLINES, INC.**

*Via E-mail: aschackel@brownsims.com*
Allison Z. Schackel
Brown Sims
1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: (713) 629-1580
E-mail: aschackel@brownsims.com
**COUNSEL FOR DEFENDANT DAL GLOBAL SERVICES LLC**