**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **LORIE DUFF** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 4:20-cv-03430 |
| § | |
| **FRONTIER AIRLINES, INC., et al.** § | |
| § | |
| *Defendants*. § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

ON THIS DAY, the Court considered Plaintiff's Opposed Motion for Leave to File Second Amended Complaint, and after considering the motion, the record, and arguments of counsel, the Court finds that Plaintiff's motion should be DENIED.

IT IS THEREFORE ORDERED, adjudged and decreed that Plaintiff's Opposed Motion for Leave to File Second Amended Complaint is hereby DENIED.

Signed on this _____ day of _____ 2022.

_____
**THE HON. ALFRED H. BENNETT
U.S. DISTRICT COURT JUDGE**