UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) | JURY DEMANDED |
| | ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S REQUEST TO WITHDRAW DOCKET NO. 32 (PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT)**

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, LORI DUFF ("Plaintiff") requesting to withdraw from consideration Docket No. 32 (Plaintiff's Motion for Leave to File Second Amended Complaint):

**I. Introduction**

1.   On December 15, 2021, Plaintiff filed her Motion for Leave to File Second Amended Complaint (Docket No. 32) to clarify the parties and claims after a settlement was reached with Defendant DAL Global, Inc.

2.   Recently, and after the filing of Docket No. 32, Plaintiff reached a settlement agreement with Defendant Frontier Airlines, Inc.

3.   Based upon the recent settlement with Defendant Frontier Airlines, Inc., Plaintiff requests to withdraw the pending Motion for Leave to File Second Amended Complaint without prejudice to refile a revised motion for leave if Plaintiff wishes to present same at a future date.

## II. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Court allow for the withdrawal of Plaintiff's pending Motion for Leave to File Second Amended Complaint (Doc. 32) and for such other relief at law or equity to which Plaintiff may be entitled.

Respectfully Submitted,

**THE FORSBERG LAW FIRM, P.C.**

BY: /s/ Kevin Forsberg
      KEVIN A. FORSBERG
      State Bar No.: 24009204
      15899 Hwy 105 W
      Montgomery, Texas 77356
      936-588-6226
      936-588-6229 Facsimile
      Kevin@forsberglaw.net

## CERTIFICATE OF SERVICE

This is to certify that on January 20, 2022, a true and correct copy of the foregoing documents was served by US Mail with a copy by efiling on:

Marc Michael Rose
Rose Law Group, PLLC
777 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone: (817) 887-8118
Email: marc@roselg.com
**COUNSEL FOR DEFENDANT ABM AVIATION, INC.**

Patrick J. Comerford
Rigby Slack Lawrence Berger Akinc Pepper & Comerford
3500 Jefferson Street, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2054
E-mail: pcomerford@rigbyslck.com
**COUNSEL FOR DEFENDANT FRONTIER AIRLINES, INC.**

Robert Browning
Allison Schackel
Brown Sims
1177 West Loop South, 10th Floor
Houston, Texas 77027
**COUNSEL FOR DAL GLOBAL, INC.**

            _____/s/ Kevin A. Forsberg_____
              KEVIN A. FORSBERG