United States District Court
Southern District of Texas
**ENTERED**
January 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-03430 |
| FRONTIER AIRLINES, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are DAL Global Services, LLC's Motion to Dismiss (the "Motion," Doc. #35) and Reply (Doc. #38). The Court finds that neither filing complies with Rule B.5(a) of this Court's Procedures and Practices. Specifically, all authority must be cited within the body of the document and not footnoted. Accordingly, it is hereby ORDERED that the Motion and the Reply both be STRICKEN from the record.

DAL Global Services, LLC may refile their amended Motion and Reply in accordance with Rule B.5 within seven (7) days of the entry of this order.

It is so ORDERED.

JAN 2 6 2022
Date

The Honorable Alfred H. Bennett
United States District Judge