# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § | |
| *Plaintiff,* | § § § | |
| v. | § | CASE NO. 4:20-cv-03430 |
| **FRONTIER AIRLINES, INC., et al.** | § § § § | |
| *Defendants.* | § | |

## ORDER

After considering Defendant ABM Aviation, Inc.'s Request to Withdraw Docket No. 31 and allow Motion for Leave to Amend its Answer and file a Cross-claims against DAL Global Services, Inc., the Court is of the opinion that the withdrawal of Docket No. 31 be permitted and said Motion for Leave to Amend its Answer should be **GRANTED**. It is hereby **ORDERED** that ABM Aviation, Inc. be granted leave to amend its Answer to include a Cross-claims against DAL Global Services, Inc., it being so ordered.

Signed on this day_____ of _____ 2022.

_____
**HONORABLE ALFRED H. BENNETT**
**United States District Judge**