IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 4:20-CV-03430 |
| FRONTIER AIRLINES, INC., et al. | § | |
| *Defendants.* | § | |

**ORDER DENYING D.E. 44**

On this day, came to be heard, Cross-Plaintiff ABM Aviation, Inc.'s Amended Request to Withdraw Docket No. 31 and Allow Motion for Leave to Amend Its Answer to Include Cross-Claims Against Defendant DAL Global Services, Inc. (D.E. 44). After considering the Motion, the Response, and the Reply (if any), this Court finds that the Motion is not well taken and should be DENIED.

It is therefore ORDERED, ADJUDICATED, AND DECREED that Cross-Plaintiff ABM Aviation, Inc.'s Amended Request to Withdraw Docket No. 31 and Allow Motion for Leave to Amend Its Answer to Include Cross-Claims Against Defendant DAL Global Services, Inc. (D.E. 44) is DENIED.

Signed on this the ___ day of _____, 2022.

_____
United States District Court Judge