# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** *Plaintiff*, | § § § § | |
| vs. | § § § | C.A. 4:20-cv-3430 |
| **FRONTIER AIRLINES, INC., ET AL.** *Defendant*. | § § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant ABM Aviation, Inc. and hereby files this Notice of Appearance of Brenton J. Allison of Gilman & Allison, LLP, Texas Bar No. 24040417, Federal I.D. No. 36863, 2005 Cullen Blvd., Pearland, Texas 77581, as additional counsel of record for Defendant ABM Aviation, Inc.

Respectfully submitted,

ROSE LAW GROUP PLLC

*/s/ Marc Michael Rose*
Marc Michael Rose
Texas Bar No. 24098350
Federal I.D. No. 2943701
777 Main Street, Suite 600
Ft. Worth, Texas 76102
Telephone: (817) 887-8118
Facsimile: (817) 887-8001
E-mail: marc@roselg.com
**COUNSEL FOR DEFENDANT
ABM AVIATION, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **March 23, 2022**, a copy of the foregoing document was filed and served electronically through the Court's Electronic Case Filing System and facsimile.

*Via E-mail:kevin@forsberglaw.com*
Kevin A. Forsberg
THE FORSBERG LAW FIRM, P.C.
15899 Hwy 105 West
Montgomery, Texas 77356
**COUNSEL FOR PLAINTIFF**

*Via E-mail: pcomerford@rigbyslck.com*
Patrick J. Comerford
RIGBY SLACK LAWRENCE BERGER AKINC PEPPER & COMERFORD
3500 Jefferson Street, Ste. 330
Austin, Texas 78731
**COUNSEL FOR DEFENDANT FRONTIER AIRLINES, INC.**

*Via E-mail: aschackel@brownsims.com*
Allison Z. Schackel
BROWN SIMS
1177 West Loop South, Tenth Floor
Houston, Texas 77027
**COUNSEL FOR DEFENDANT DAL GLOBAL SERVICES LLC**

*Via E-mail: ballison@gilmanallison.com*
Brenton J. Allison
GILMAN & ALLISON LLP
2005 Cullen Blvd.
Pearland, Texas 77581
**CO-COUNSEL FOR DEFENDANT ABM AVIATION, INC.**

                                      */s/ Marc Michael Rose*
                                      Marc Michael Rose