IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-03430 |
| | § | |
| **FRONTIER AIRLINES, INC., et al.** | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S MOTION TO DISMISS
DEFENDANT FRONTIER AIRLINES, INC.**

Lorie Duff ("Plaintiff") files this Motion to Dismiss with Prejudice as to Defendant Frontier Airlines, Inc. only, and, in support thereof, would respectfully show the Court as follows:

Plaintiff moves this Court to dismiss all of the remaining claims with prejudice against Defendant Frontier Airlines, Inc. on the grounds that the parties have compromised and settled all remaining claims and disputes between them that relate to the subject of this lawsuit and have agreed that all costs of court shall be paid by the party incurring them.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order dismissing any and all claims against Defendant Frontier Airlines, Inc., with prejudice, and requiring each party to pay its own costs. Any relief not expressly herein granted is denied.

Dated: _____, ____, 2022.

Respectfully submitted,

**THE FORSBERG LAW FIRM, P.C.**

By: _____
Kevin Forsberg
Texas Bar No. 24009204
15899 Hwy 105 West
Montgomery, Texas 77356
Tel: (936) 588-6226
Fax: (936) 588-6229
kevin@forsberglaw.net

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Motion to Dismiss Defendant Frontier Airlines, Inc. was served via CM/ECF on all parties and attorneys of record on March 30, 2022:

Marc Michael Rose
ROSE LAW GROUP PLLC
777 Main Street, Suite 600
Ft. Worth, Texas 77024
marc@roselg.com
*Counsel for Defendant ABM Aviation, Inc.*

Robert A. Browning
BROWN SIMS, P.C.
1177 West Loop South, 10th Floor
Houston, Texas 77027
rbrowning@brownsims.com
*Counsel for DAL Global Services, LLC*

Patrick J. Comerford
RIGBY SLACK, PLLC
3500 Jefferson Street, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2060
pcomerford@rigbyslack.com
*Counsel for Frontier Airlines, Inc.*

/s/ Kevin Forsberg
Kevin Forsberg