IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-03430 |
| | § | |
| **FRONTIER AIRLINES, INC., et al.** | § | |
| | § | |
| *Defendants*. | § | |

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT FRONTIER AIRLINES, INC.

Before the Court is Plaintiff's Motion to Dismiss Defendant Frontier Airlines, Inc. with Prejudice ("Motion"). The Court, having considered the Motion, is of the opinion that the Motion is well taken and should be GRANTED. It is therefore,

ORDERED, ADJUDGED, and DECREED that any and all remaining claims made by Plaintiff Lorie Duff in the above-numbered and entitled cause are hereby dismissed with prejudice as to Defendant Frontier Airlines, Inc. Plaintiff shall have no right to refile the same in any Court at any time and all costs of court shall be taxed against the party incurring them. Nothing in this Order shall be construed as a dismissal of Plaintiff's claims against any other party.

Any relief not expressly herein granted as to Defendant Frontier Airlines, Inc. is denied.

It is so ORDERED.

_____              _____
Date                                                                  The Honorable Alfred H. Bennett
                                                                              United States District Judge