UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LORIE DUFF, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-03430 |
| § | |
| FRONTIER AIRLINES, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are Plaintiff's Motion for Leave to File Second Amended Complaint ("Motion for Leave," Doc. #32), Defendants' Response (Doc. #37), and Plaintiff's Motion to Withdraw its Motion for Leave to File Second Amended Complaint ("Motion to Withdraw," Doc. #39). Having considered the parties' arguments and applicable law, Plaintiff's Motion to Withdraw is granted and Plaintiff's Motion for Leave is denied.

Plaintiff moves to withdraw her pending Motion for Leave based upon her settlement with Defendant Frontier Airlines. Doc. #39. The Motion to Withdraw is unopposed. Accordingly, Plaintiff's Motion to Withdraw is hereby GRANTED and Plaintiff's Motion for Leave is DENIED without prejudice.

It is so ORDERED.

___APR 0 8 2022___
Date

_____
The Honorable Alfred H. Bennett
United States District Judge