United States District Court
Southern District of Texas
**ENTERED**
April 22, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-03430 |
| FRONTIER AIRLINES, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The Court has determined that this case is appropriate for referral to United States Magistrate Judge Yvonne Y. Ho to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties.

It is therefore ORDERED that this case is TRANSFERRED to the United States Magistrate Judge Yvonne Y. Ho for all pretrial matters in include the issuance of a Memorandum and Recommendation on any dispositive motions.

____APR 2 2 2022____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge