UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM | ) | JURY DEMANDED |
| AVIATION, INC. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**RULE 29 AGREEMENT REGARDING EXPERT DESIGNATIONS**

Plaintiff Lorie Duff and Defendant ABM Aviation, Inc. have agreed to extend the dates for expert designations set forth in the Court's Scheduling Order (Doc. No. 30) dated December 6, 2021 to the following new dates:

June 13, 2022     Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

August 5, 2022     Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

Plaintiff Lorie Duff and Defendant ABM Aviation, Inc. further agree to extend the discovery deadline of July 12, 2022 to September 9, 2022 for the limited purpose of deposing and/or conducting discovery on designated expert witnesses.

Agreed:

BY: /s/ Kevin Forsberg           BY: __/s/ Mark Rose By Permission__
KEVIN A. FORSBERG                Marc Michael Rose
Counsel for Plaintiff                  Rose Law Group, PLLC
                               Counsel for ABM Aviation, Inc.