UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) ) | |
| | ) | |
| **DEFENDANTS** | ) | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

COME NOW, Lori Duff ("Plaintiff"), in accordance with the Federal Rules of Civil Procedure cited below, the Scheduling Order entered by this Court, and any amendments thereto including agreements of the parties, and hereby file this their Designation of Expert Witnesses as follows:

**RETAINED WITNESSES**

**Jonathon Zimmer Schuch, M.Eng.P.E.**
**849 Locust Ave.**
**Charlottesville, VA 22902**
**434-989-2065**

**Mr. Schuch is a retained liability expert. His CV is attached which details his education and experience. Also attached is his report, which identifies the documents he reviewed, his methods of coming to his opinions and his opinions, as well as the support for said opinions. In brief, Mr. Schuch is anticipated to testify based upon his report that Defendant AMB Aviation, Inc.'s employees fell below the standard of care in the handling of Plaintiff on the subject aisle wheelchair that resulted in her subsequent fall and injuries.**

**NON-RETAINED HEALTHCARE EXPERTS**

The individuals and healthcare providers listed below are expected to testify concerning their qualifications, education, training, and experience in their respective areas of practice and

healthcare and their specialty fields, and/or areas of professional practice and/or knowledge. They may also be expected to testify concerning their familiarity and experience with the medical conditions and treatments involved in this case, and the basis of their familiarity and experience. These witnesses are expected to testify concerning the Plaintiffs diagnoses, treatment, and prognosis. They, directly or through a custodian of records, may also testify that the charges reflected in Plaintiffs medical bills are reasonable, and that the services listed in those bills were necessary. These witnesses are further expected to testify that as a direct and proximate result of the injuries and damages Plaintiff suffered because of the incident made the basis of this lawsuit, Plaintiff will require additional and future treatment.

**Houston Fire Department:**
**City of Houston EMS**
**P.O. Box 4945**
**Houston, TX 77210-4945**
**(877) 659-0481**
**Transportation from the Airport to the Hospital**

**Memorial Hermann Northeast Hospital**
**18951 North Memorial Drive**
**Humble, TX 77338**
**(281) 540-7700**
**Initial visit concerning the incident**

**Miller Chiropractic:**
**3504 West Davis Street**
**Conroe, TX 77304**
**(936) 788-6565**
**Chiropractic care due to the injuries**

**Houston MRI & Diagnostic Imaging:**
**9990 Richmond Avenue, Suite 110**
**Houston, TX 77042**
**(713) 425-8124**
**Magnetic Resonance Imaging (MRI) of suggested injured body parts**

**Texas Center for Neuroscience**
**Dr. Remi Nader[1]**
**1900 North Loop West, Suite 240**
**Houston, TX 77027**
**(713) 239-2309**
**Consult regarding cognitive difficulties due to accident as well as orthopedic injuries.**

**Wasyl William Fedoriw, MD[2]**
**1322 Tulane St.**
**Houston, Texas 77008**
**260-413-8965**
**Treated Plaintiff and consulted regarding orthopedic injuries and made surgical recommendation.**

**Houston Spine & Rehabilitation Centers**
**3101 College Park Drive**
**The Woodlands, TX 77384**
**(281) 205-0317**
**Physical therapy treatment for complaints of headaches, cervical spine and thoracic spine pain and post surgical physical therapy**

**Signature RX**
**9434 Katy Freeway, #410**
**Houston, TX 77055**
**(713) 275-2589**
**Prescription refills**

**Horizon Pain Management**
**6535 FM 2920**
**Spring, TX 77379**
**(832) 442-3479**
**Treatment for neck strain, muscle spasm, exacerbation of osteoarthropathy of the facet joints and exiting nerve root compromise.**

**Horizon DME (Pharmacy)**
**2236 West Holcombe Boulevard**
**Houston, TX 77030**
**Prescription provider**

**I. Julian Osuji, PhD**
**320 Decker Drive, Ste 100**
**Irving, Texas 75062**
**468-931-2229**
**Neuropsychologist**

---

[1] Dr. Nader maintains a CV, which is attached.  Dr. Nader's findings and treatment are outlined in his records previously produced.

[2] Dr. Fedoriw maintains a CV, which is attached.  Dr. Fedoriw's findings and treatment are outlined in his records previously produced.

**Complete Surgery – Houston Northwest c/o Surgicare**
**1900 North Loop West, Suite 600**
**Houston, Texas 77018**
**281-502-0002**
**Trigger Point Injections**

**Dr. Mufaddal Gombera MD**
**7401 Main Street**
**Houston, Texas 77030**
**713-794-3457**
**Performed Hip Surgery and prescribed physical therapy as a result of incident.**

## CROSS-DESIGNATION

Plaintiff reserve the right to call at trial any individual who has been or will be named by Defendant in response to any Interrogatory or Request for Disclosure, or whose name may appear on any document which has been produced or will be produced by any party in response to Requests for Production, or Requests for Disclosure; any individual whose name is contained in or reflected in any document which has been or will be obtained through deposition on written questions or whose name appears in any oral deposition taken in this case, including any documents produced at such deposition; any individual whose name is contained in or reflected in any documents which have or will be submitted to the Court by affidavit; any individual whose name is reflected in any document which has or will be subpoenaed by Defendant; and any individual who may be called by Defendant as a rebuttal or sur rebuttal witness.

Plaintiff also cross-designates, as adverse expert witnesses, all experts in the area of expertise designated by Defendant in this matter, subject to rulings of the Court. In addition, see the deposition testimony of these experts, when taken. Additionally, Plaintiff reserves the right to object to Defendant's experts whether retained or non-retained at the time of trial and/or in compliance with the Scheduling Order in this case.

Plaintiff further designates all healthcare providers who provided medical care to Plaintiff. These healthcare providers are not retained experts; however, these individuals are expected to render expert testimony in their respective fields of expertise.

Plaintiff does not vouch for the credentials or credibility of Defendant's expert witness(es), nor by this designation does Plaintiff intend to adopt the opinions set forth in the reports, if any, generated by Defendant's expert witness(es).

Descriptions provided below each retained expert's name are not intended to be an exhaustive list of the areas to be addressed by the expert. Likewise, the listing of documents or materials reviewed by any expert are not necessarily a complete listing of the materials contained within the expert's file. Rather, this information is being furnished to provide opposing counsel with an indication of the general areas that the expert will address and to provide guidance on the types of information or materials that the expert has or will review in connection with his/her work in this case.

Plaintiff reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as consulting expert, who cannot be called by opposing counsel.

Plaintiff reserves the right to call rebuttal witnesses who are not designated and whose testimony cannot be reasonably foreseen until the presentation of the evidence against Plaintiff.

Plaintiff would name any agent servant or employee of thereof of any health care provider(s) named above who may have rendered treatment to Plaintiffs during relevant time periods and whose name or initials appear in Plaintiffs' medical or billing records kept by said health care provider(s).

Respectfully submitted,

The Forsberg Law Firm, P.C.

*/s/Kevin Forsberg*
**Kevin A. Forsberg**
**State Bar No.: 24009204**
**15899 Hwy 105 West**
**Montgomery, Texas 77356**
**Telephone (936) 588-6226**
**Facsimile   (936) 588-6229**
**Kevin@forsberglaw.net**
**ATTORNEY PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a copy of this pleading was forwarded to counsel of record via email on this 3rd  day of May, 2022.

*/s/ Kevin Forsberg*
**Kevin A. Forsberg**