
**TEXAS CENTER FOR NEUROSCIENCES**

*CURRICULUM VITAE*


**INTERNATIONAL CENTER FOR NEUROSCIENCE**

# REMI  NADER

## M.D., C.M., F.R.C.S.(C), F.A.C.S., F.A.A.N.S.

## CONTACT  INFORMATION

**Mailing Address**:      PO box 271463,
Houston, TX 77277
USA

**Office Telephone**:      832-932-9300

**Fax**:      1-855-790-3974

**Web**:      TexasNeuroscience.net
ICNSpine.com

# TABLE OF CONTENTS

| | |
|---|---|
| *EDUCATION* | *3* |
| *BOARD CERTIFICATIONS & ACCREDITATIONS* | *4* |
| *LICENSURE* | *5* |
| *ACADEMIC APPOINTMENTS* | *6* |
| *AWARDS, HONOURS & PROFESSORSHIPS* | *6* |
| *MEDICAL MISSIONS* | *7* |
| *WORK HISTORY* | *8* |
| *PROFESSIONAL APPOINTMENTS & MEMBERSHIPS* | *9* |
| *INSTITUTIONAL ADMINISTRATIVE APPOINTMENTS* | *10* |
| *SELECTED ADVANCED SURGICAL TRAINING COURSES* | *11* |
| *RESEARCH EXPERIENCE* | *13* |
| *PUBLICATIONS* | *14* |
| *ABSTRACTS & PRESENTATIONS* | *24* |
| *EDITORIAL WORK* | *31* |
| *TEACHING EXPERIENCE* | *31* |

# EDUCATION

*POSTDOCTORAL TRAINING*

*July 00 to June 05*   **Residency in Neurological Surgery**

Main institution:
**University of Texas Medical Branch**
Galveston, TX, USA
(Dates: 2000 to 2005)

Other institutions:
**University of Texas M.D. Anderson Cancer Center**
Houston, TX, USA (Dates: 2002-2003)

**University of Texas Health Science Center**
Houston, TX, USA (Dates: 2002)

*July 99 – July 00*   **Internship in General Surgery**

University of Texas Medical Branch,
Galveston, TX, USA

*MEDICAL*

*Aug. 94 – May 99*   **Medical Doctorate (M.D., C.M.)** [Doctorem Medicinae et Chirurgiae Magistrum]
McGill University
Montreal, PQ, Canada

*UNDERGRADUATE*

*Aug. 92- May 94*   **Diploma of Collegial Studies in Health Sciences**
Marianopolis College, Montreal, PQ, Canada

*ADDITIONAL TRAINING*

*Jan 09 to July 09*   ***Skull Base Neurosurgery Training (Fellowship)***

University of Arkansas for Medical Sciences,
Department of Neurosurgery
Little Rock, AR, USA
*Mentors:* Prof. O. Al-Mefty, M.D.,
Prof. M. G. Yaşargil, M.D.
Prof. A. F. Krisht M.D.

# BOARD CERTIFICATIONS & ACCREDITATIONS

*June 10th 2008*   **American Board of Neurological Surgery (ABNS)**
*Recertified in 2018*   Board Certified in Neurosurgery

*Nov 25th 2018*   **National Board of Physicians and Surgeons**
Board Certified in Neurosurgery **(NBPAS)**

*July 18th 2010*   **American Association of Neurological Surgeons**
Fellow of the American Association of Neurological Surgeons **(FAANS)**

*October 11th 2009*   **American College of Surgeons**
Fellow of the American College of Surgeons **(FACS)**

*June 2nd 2015*   **Collège des Médecins du Québec (CMQ)**
Specialist Certificate in Neurosurgery

*June 28th 2006*   **Royal College of Physicians and Surgeons of Canada**
Board Certified in Neurosurgery
Fellow of the Royal College of Physicians and Surgeons of Canada **(FRCSC)**

# LICENSURE

*Feb 7ᵗʰ 2020*  **Cameroon Medical Council**
Licensed to practice medicine in Cameroon – During Mission trip Feb 2020

*July 30ᵗʰ 2019*  **College of Physicians and Surgeons of Ontario (active)**
Licensed to practice medicine in the Province of Ontario, Canada

*June 2ⁿᵈ 2015*  **Collège des Médecins du Québec (CMQ) (active)**
Licensed to practice medicine in the Province of Quebec, Canada

*May 1ᵗ 2014*  **Florida Board of Medicine (active)**
Licensed to practice medicine in the state of Florida

*December 7ᵗ 2010*  **Louisiana State Board of Medical Examiners (active)**
Licensed to practice medicine in the state of Louisiana

*January 1ˢᵗ 2010*  **Alabama State Board of Medical Examiners (active)**
Licensed to practice medicine in the state of Alabama

*October 3ʳᵈ 2008*  **Arkansas State Medical Board (active)**
Licensed to practice medicine in the state of Arkansas

*May 23ʳᵈ 2005*  **Mississippi State Board of Medical Licensure (active)**
Licensed to practice medicine in the state of Mississippi

*Dec. 5ᵗʰ 2003*  **Texas Medical Board (active)**
Licensed to practice medicine in the state of Texas

*March 2000*  **United States Medical Licensing Examinations** (USMLE)
Successfully completed Steps 1, 2 &3

*Dec. 14 2005*  **Licentiate of Medical Council of Canada** (LMCC)
Licensed to practice medicine in Canada

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| *June. 2015 to date* | **Adjunct Clinical Professor of Neurosurgery,**<br>University of Texas Medical Branch, Galveston, TX |
| *June. 12 to 2015* | **Adjunct Clinical Associate Professor of Neurosurgery,**<br>University of Texas Medical Branch, Galveston, TX |
| *Dec. '11 to '15* | **Affiliate Clinical Professor,**<br>William Carey University, Hattiesburg, MS |
| *Sept. '10 to '12* | **Clinical Assistant Professor of Neurosurgery,**<br>Department of Neurosurgery, Tulane University, New Orleans, LA |
| *July 10 to Jan 12&*<br>*July 06 to Jan 09* | **Affiliate/Clinical Assistant Professor of Neurosurgery,**<br>Department of Neurosurgery, University of Mississippi, Jackson, MS |
| *Jan 09 to Dec 09* | **Assistant Professor of Neurosurgery,**<br>Department of Neurosurgery, University of Arkansas for Medical Sciences, AR |

## AWARDS, HONOURS & PROFESSORSHIPS

| | |
|---|---|
| March 2017 | **Visiting Professorship**<br>1st Neurosurgery Review Course<br>Department of Neurosurgery - Neuroscience Institute at Hamad Medical Corp.<br>Doha, Qatar |
| *Feb. 2015* | **Prose Award–Textbook/ Clinical Medicine**<br>*Neurosurgery Tricks of the Trade: Cranial - Thieme Publishers*<br>*By **Remi Nader**, Cristian Gragnaniello, Scott C. Berta, Abdulrahman J. Sabbagh and Michael L. Levy*<br>American Publishers Awards for Professional and Scholarly Excellence<br>Association of American Publishers (AAP) |
| *Mar. 14th 2012* | **Visiting Professorship**<br>The National Neuroscience Institute<br>King Fahd Medical City, Riyadh, Saudi Arabia |
| *Sept. 25th 2002* | **First Prize–Tumor Section**<br>*Tumors of the Divisions of the Trigeminal Nerve*<br>Congress of Neurological Surgeons, Philadelphia, PA |
| *May 8th 2002* | **First Prize in Clinical Research**<br>*Percutaneous Vertebroplasty and Kyphoplasty in Cancer Patients,*<br>Trainee Recognition Day, M. D. Anderson Cancer Center, Houston, TX |

| | |
|---|---|
| *June 1996* | **Summer Research Bursary,**<br>Medical Research Council of Canada |
| *May 1995* | **Dean's Honour List**<br>McGill University<br>Top 10% based on sessional GPA |
| *Aug. 94 - Aug. 96* | **J.W. McConnell Scholarship,**<br>McGill University Entrance Scholarship<br>Awarded for three consecutive years for high academic standings |
| *June 1994* | **Award for Excellence in Health Sciences** |
| *June 1994* | **Honours Sciences Certificate Programme**<br>(Marianopolis College) |
| *June 1994* | **Marianopolis College Student Life Award** |
| *June 1993* | **Sister Mary McCormack Scholarship**<br>Awarded to the top four students |
| *March 1993* | **McGill Engineering Prize**<br>Outstanding efforts & achievement in a science fair project related to engineering |
| *March 1993* | **Gold Medal**<br>Montreal Regional Science Fair |
| *1993 and 1994* | **Dean's Honour List**<br>Marianopolis College: Top 10% students |
| *August 1992* | **Marianopolis College Book Scholarship** |

## MEDICAL MISSIONS

| | |
|---|---|
| *Feb 2020* | **Brain Project Africa**<br>Medical Outreach Mission, Yaoundé, Cameroon<br>*First innovative use of complex skull-based technique*<br>*(Orbito-Zygomatic Craniotomy) in tumor resection*<br>*in Hopital Garnison Militaire, Yaoundé, Cameroon* |

# WORK HISTORY

| | |
|---|---|
| *Jan '19 to date* | **President**<br>International Center for Neurosciences, Houston, TX |
| *Nov '15 to date* | **Attending Neurosurgeon**<br>Private practice in the province of Quebec, Canada |
| *April '12 to date* | **President**<br>Texas Center for Neurosciences, Beaumont & Houston, TX |
| *April '12 to date* | **Active Medical Staff & Attending Neurosurgeon,**<br>Multiple Hospitals in Houston, Beaumont, The Woodlands & Galveston, TX area<br>Detailed list available upon request |

*PAST POSITIONS*

| | |
|---|---|
| *Jan '19 to Aug '19* | **Chairman, Department of Neurosurgery**<br>United General Hospital, Houston, TX |
| *August '10 to Jan '12* | **Chief, Section of Neurosurgery**<br>Memorial Hospital, Gulfport, MS |
| *March '10 to Jan '12* | **Director of Neuroscience Clinical Effectiveness Program**<br>Memorial Hospital, Gulfport, MS |
| *Jan '10 to Mar '12* | **Attending Neurosurgeon,**<br>Gulf Coast Brain and Spine Institute, Gulfport, MS |
| *Jan 09 to Dec 09* | **Attending Neurosurgeon,**<br>Department of Neurosurgery<br>University of Arkansas for Medical Sciences, Little Rock, AR |
| *August 06 to Dec 08* | **Chief of Neurosurgery,**<br>Division of Neurosurgery, Department of Surgery<br>Greenwood Leflore Hospital, Greenwood, MS |
| *April 06 to Sept 08* | **Medical Staff Executive Committee,**<br>Long Term Acute Care Hospital,<br>Greenwood, MS |
| *Sept. 05 to Jan 09* | **Attending Neurosurgeon,**<br>North Central Mississippi Neurological Surgery<br>Department of Surgery, Greenwood Leflore Hospital, Greenwood, MS |

## PROFESSIONAL APPOINTMENTS & MEMBERSHIPS

| | |
|---|---|
| *Jan 13 to date* | Member of the **Texas Association of Neurological Surgeons** |
| *March 12 to date* | Member of the **Texas Medical Association** |
| *March 12 to date* | Member of the **Jefferson County Medical Association** |
| *Dec 08 to date* | Member of the **North American Spine Society** (NASS) |
| *June 05 to date* | Member of the **World Association of Lebanese Neurosurgeons** |
| *July 00 to date* | Member of the **Congress of Neurological Surgeons** (CNS) |
| *July 00 to date* | Member of the **American Association of Neurological Surgeons** (AANS) |
| *Sept. 02 to date* | Member of the **Section on Tumors** (AANS/CNS) |
| *Jan. 11 to 12* | Elected Member at Large - **Mississippi Neurosurgical Society** |
| *Jan. 2009* | Program Chairman - **Mississippi Neurosurgical Society** Annual Meeting, Greenwood, MS |
| *Jan. 2008 to Jan 09* | Secretary/ Treasurer - **Mississippi Neurosurgical Society** |
| *Jan. 2008* | Program Chairman - **Mississippi Neurosurgical Society** Annual Meeting, Biloxi, MS |
| *April 06 to 12* | Member of the **Mississippi Neurosurgical Society** |
| *May 06 to 12* | Member of the **American Academy of Spine Physicians** |
| *Sept 06 to 13* | Member of the **American Medical Association** |
| *Sept 06 to Jan 09* | Member of the **Mississippi State Medical Association** |
| *Sept 06 to Dec 09* | Member of the **Delta Medical Society** |
| *July 03 to 05* | Member of the **Texas Association of Neurological Surgeons** |

# INSTITUTIONAL ADMINISTRATIVE APPOINTMENTS

| | |
|---|---|
| *Jan 11 to Mar 12* | **Cancer Liaison Physician** for Memorial Hospital, Gulfport, MS Commission on Cancer, American College of Surgeons |
| *Jan 11 to Mar 12* | Member of the **Medical Staff Technology Committee,** Memorial Hospital, Gulfport, MS |
| *Jan 11 to Mar 12* | Member of the **Intensive Care Clinical Effectiveness Program,** Memorial Hospital, Gulfport, MS |
| *Feb 10 to Mar 12* | Member of the **Surgery Clinical Effectiveness Program,** Memorial Hospital, Gulfport, MS |
| *Sept 06 to Jan 09* | Member of the **Bylaws Committee**, Greenwood Leflore Hospital |
| *Sept 06 to Jan 09* | Member of the **Continued Medical Education & Library Committee**, Greenwood Leflore Hospital |
| *Sept 06 to Jan 09* | Member of the **Tumor Board Committee**, Greenwood Leflore Hospital |
| *Sept 06 to Jan 09* | Member of the **Surgery Utilization Block Committee**, Greenwood Leflore Hospital |

**Remi Nader, M.D.**
**Curriculum Vitae - 2020-04-17**

# SELECTED ADVANCED SURGICAL TRAINING COURSES

| | |
|---|---|
| *Feb. 21-22 2020* | **Endoscopic Spine Surgery**<br>Endoscopic Course for Professionals – Joimax Endoscopic Spine Experts<br>Houston Methodist Institute for Technology, Innovation & Education,<br>(MITIE), Houston TX |
| *Feb.19 2016* | **AANS Maintenance of Certification Preparation & Neurosurgical Update**<br>American Association of Neurological Surgeons, San Antonio, TX |
| *Jun  12 2015* | **Minimally Invasive Sacroiliac Joint Surgery**<br>Master Course in SI Fusion, Las Vegas, NV |
| Nov. 7-8, 2014 | **4th Annual UCSF Techniques in Complex Spine Surgery Program**<br>San Francisco, California |
| *Oct. 26th 13* | **Advanced Course in Spinal Techniques**<br>**Nader, R. -** Program Chairman and Course Coordinator<br>Advanced Center for Surgical Education, Houston, TX |
| *June. 7th 13* | **MIS – Hands-On Educational Training Program**<br>Mentor – Choll Kim, MD, PhD, MERC, San Diego, CA |
| *Jun  15 2012* | **Minimally Invasive Sacroiliac Joint Surgery**<br>SI Fusion course with I-Fuse implant system, San Jose, CA |
| *July 28-31 2011* | **Neurosurgeon as CEO**<br>**Managing Coding and Reimbursment Challenges in Neurosurgery**<br>American Association of Neurological Surgeons, Boston, MA |
| *March 8 2010* | **CyberKnife Technical Training**<br>Accuray Sunnyvale, CA |
| *June 15 2009* | **Leksell Gamma Knife Perfexion Training**<br>University of Arkansas for Medical Sciences, Little Rock, AR |
| *April 29 2009* | **Surgical Approaches to the Skull Base – A Hands-On Cadaver Workshop**<br>Course director: O. Al-Mefty, M.D., St Louis, MO |
| *Nov. 5 2006* | **Oral Board Preparation Course**<br>American Association of Neurological Surgeons, Houston, TX |
| *March 17 2006* | **Balloon Kyphoplasty Training Course**<br>Presbyterian Institute of Minimally Invasive Technology,Dallas, TX |

*Feb. 7 2006*        **Current Concepts in Bone Grafting Think Tank,** San Antonio, TX

*Nov. 8 2005*        **Oral Board Preparation Course**
American Association of Neurological Surgeons, Houston, TX

*Nov. 18-20 2004*    **Spine + Science + Management**
with hands-on cadaver lab, New Orleans, LA

*May 2-4 2004*       **Surgery of the Skull Base —**
hands-on cadaver lab, West Palm Beach, FL

*Jan. 31- Feb. 9 2003*  **The Chicago Review Course in Neurological Surgery,**
Chicago, IL

*May 4-10 2002*      **The Cleveland Spine Review**
with hands-on cadaver lab, Cleveland, OH

*Feb. 25-Mar.1 2002*  **40th Annual Dr. K. M. Earle Memorial Neuropathology Review,**
Bethesda, MD

# RESEARCH EXPERIENCE

| | |
|---|---|
| *Jan. 09 to Oct 09* | Skull Base Neurosurgery – Clinical and anatomical reviews of case series<br>Supervisor: Al-Mefty, O., M.D.<br>University of Arkansas for Medical Sciences, Little Rock, AR |
| *July 02 to June 05* | Surgical outcome of spine metastases<br>Supervisor: Rhines, L., M.D.<br>University of Texas M.D. Anderson Cancer Center, Houston, Texas |
| *Nov. 01 to June 05* | Cognitive outcomes after brain tumor resection<br>Supervisor: Lang, F., M.D.,  Meyers, C. M.D.,<br>University of Texas M.D. Anderson Cancer Center, Houston, Texas |
| *Oct. 01 to June 05* | Skull base approaches to brain tumors – Clinical reviews of case series<br>Supervisor: Demonte, F. M.D.,<br>University of Texas M.D. Anderson Cancer Center, Houston, Texas |
| *Oct. 99 to June 05* | Preoperative embolization and intraoperative cryotherapy as adjuncts in resection of hypervascular lesions of the thoracolumbar spine<br>Supervisors: Nauta H.J.W., M.D., Hadjipavlou A.G., M.D., Crow W. M.D.,<br>University of Texas Medical Branch, Galveston, Texas |
| *March 00 to June 01* | Osteomyelitis of the cervical spine<br>Supervisor: Nauta H.J.W., M.D., Muffoletto A. M.D.,<br>University of Texas Medical Branch, Galveston, Texas |
| *Nov. 98 to May 99* | Rathke's cleft cysts: clinical symptoms and MRI findings<br>Supervisors: Dr. G. Mohr, Dr. S. Frankiel<br>Jewish General Hospital, Montreal, Canada |
| *April 98 to May 99* | Acoustic neuromas: results of different treatment modalities<br>Supervisors: Dr. A. Zeitouni, Dr. R. Leblanc, Dr. J-G Villemure<br>Montreal Neurological Hospital, Royal Victoria Hospital, Montreal, Canada |
| *June 98 to May 99* | Submandibular duct rerouting - Tc 99 scanning post-operatively<br>Supervisors: Dr. T. L. Tewfik, Dr. M. D. Schloss, Dr. J.J. Manoukian<br>Montreal Children's Hospital, Montreal, Canada |
| *June 96 -April 98* | Student research bursary program:<br>Sensitivity of glutamate receptors to hypoxia in rat hippocampal slices<br>Supervisor: Dr. K. Krnjevic, Anaesthesia research,<br>Dept. of Physiology, McGill University, Montreal, Canada |

# PUBLICATIONS

### *Books & Monographs*

1. **Nader, R.**, Sabbagh, A.J, El-Babaa S., Al-Jehani H., Gasco, J., Gragnaniello C., *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers, ISBN: 9781626231986,  E-Book ISBN: 9781626231993

2. Shaya M., Gragnaniello C., **Nader, R.** *Neurosurgery Rounds–Questions and Answers – Second Edition,,* New York: Thieme Medical Publishers Thieme Medical Publishers, 2017 - Print ISBN: 9781626233461,  E-Book ISBN: 9781626233638

3. Shaya M., Gragnaniello C., **Nader R.**, *Neurosurgery Practice –Questions and Answers – Second Edition,* New York: Thieme Medical Publishers, 2016 - Print ISBN: 9781626233478,  E-Book ISBN: 9781626233645

4. **Nader, R.**, Berta, S., Gragnaniello C., Sabbagh, A.J., Levy M.,  *Neurosurgery Tricks of the Trade*: *Spine and Peripheral Nerves,* New York: Thieme Medical Publishers, 2014 - ISBN: 9781604069143

5. **Nader, R.**, Gragnaniello C., Berta, S.,  Sabbagh, A.J.,  Levy M.,  *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013 - ISBN: 9781604063349

6. Gasco, J., **Nader, R.**, *The Essential Neurosurgery Companion*, New York: Thieme Medical Publishers, 2012 - ISBN: 9781604067354

7. Shaya M., **Nader, R.**, Farhat H., Citow J.S., Sabbagh, A.J. *Neurosurgery Rounds,* New York: Thieme Medical Publishers Thieme Medical Publishers, 2011 - ISBN: 9781588904997

8. **Nader, R.**, Sabbagh, A.J., *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 - ISBN: 9781604060522

9. Shaya M., **Nader R.**, Nanda A., *Neurosurgery Practice –Questions and Answers,* New York: Thieme Medical Publishers, 2005 - ISBN: 9781588904225

*Peer-reviewed scientific articles*

1. Alvernia JE, Hidalgo J, Sindou MP, Washington C, Luzardo G, Perkins E, **Nader R**, Mertens P. The maxillary artery and its variants: an anatomical study with neurosurgical applications. Acta Neurochir (Wien). 2017 Apr;159(4):655-664. doi: 10.1007/s00701-017-3092-5. Epub 2017 Feb 13.

2. Gragnaniello C, Gagliardi F, Chau AM, **Nader R**, Siu A, Litvack Z, Luca BD, Seex K, Mortini P, Caputy AJ, Al-Mefty O. *Intracranial injectable tumor model: technical advancements*. J Neurol Surg B Skull Base. 2014 Oct;75(5):301-8.

3. Miller JD, **Nader R.** *Acute Subdural Hematoma from Bridging Vein Rupture - A Potential Mechanism for Growth* - J Neurosurg – 2014 Jun;120(6):1378-84

4. Feiz-Erfan I, Fox BD, **Nader R,** Suki D, Chakrabarti I, Mendel E, Gokaslan ZL, Rao G, Rhines LD. Surgical treatment of sacral metastases: indications and results. J Neurosurg Spine. 2012 Oct;17(4):285-9.

5. Aboud ET, Krisht AF, O'Keeffe T, **Nader R**, Hassan M, Stevens CM, Ali F, Luchette FA. *Novel Simulation for Training Trauma Surgeons*. J Trauma. 2011;71: 1484–1490

6. Mahmoud M., **Nader R.,** Al-Mefty O., *Optic Canal Involvement in Tuberculum Sellae Meningiomas: Influence on Approach, Recurrence, and Visual Recovery.* Neurosurgery. Published online August 2, 2010, DOI: 10.1227/01.NEU.0000383153.75695.24

7. Hafez A., **Nader R.,** Al- Mefty O., *Preservation of the Superior Petrosal Sinus During the Combined Petrosal Approach: A Technical Note*. J Neurosurg, Published online July 9, 2010; DOI: 10.3171/2010.6.JNS091461

8. **Nader R.,** Gragnaniello C, Al-Mefty O., *Prasagittal Meningiomas – Part 4: Results, Complications and Outcomes.* Contemporary Neurosurgery – Vol 32, No. 16, Augurt 15, 2010

9. **Nader R.,** Gragnaniello C**,** Al-Mefty O., *Prasagittal Meningiomas – Part 3: Surgical Challenges* Contemporary Neurosurgery – Vol 32, No. 15, July 30, 2010

10. **Nader R.,** Gragnaniello C**,** Al-Mefty O., *Prasagittal Meningiomas – Part 2: Surgical Treatment Strategies* Contemporary Neurosurgery – Vol 32, No. 14, July 15, 2010

11. **Nader R.,** Gragnaniello C**,** Al-Mefty O., *Prasagittal Meningiomas – Part 1: Presentation and Diagnosis.* Contemporary Neurosurgery – Vol 32, No. 13, June 30, 2010

12. Gragnaniello C, **Nader R**, van Doormaal T, Kamel M, Voormolen EHJ, Lasio G, Aboud E, Regli L, Tulleken CAF, Al-Mefty O, *Skull base tumor model: Laboratory investigation* J Neurosurg, Published online April 23, 2010; DOI: 10.3171/2010.3.JNS09513.

13. Miller, J.D., **Nader, R.** *Treatment of Combined Osteoporotic Compression Fractures and Spinal Stenosis: Use of Vertebral Augumentation and Interspinous Process Spacer*. Spine 33:19 E717. Sept. 2008

14. Sciubba, D., Gokaslan, Z. Suk, I., Suki D., Maldaun, M., McCutcheon, I.,  **Nader, R.**, Theriault, R., Rhines, L., Shehadi, J. *Positive and negative prognostic variables for patients undergoing spine surgery for metastatic breast disease*. Eur Spine J. May 8 2007

15. Shehadi, J., Sciubba, D., Suk, I., Suki D., Maldaun, M., McCutcheon, I.,  **Nader, R.**, Theriault, R., Rhines, L., Gokaslan, Z. *Surgical treatment strategies and outcome in patients with breast cancer metastatic to the spine: a review of 87 patients*. Eur Spine J. Apr 4 2007

16. Hentschel, S., **Nader, R.,** Suki, D., Dastgir, A., Callender, D. L.,  DeMonte F., *Craniofacial resection in the elderly*: *an outcome study* J Neurosurg 101:935-943 Dec 2004

17. **Nader, R.,** Rhines, L.D., Mendel, E., *Metastatic Sacral Tumors*. Neurosurg Clin N Am 15 (2004) 453-457

18. Gelman B.B., Popov V., Borkowski J., **Nader R.,** Rauf S.J., Chaliub G., Visvesvara G., Nauta H.J.W. *Neuropathological and Ultrastructural Features of Amebic Encephalitis Caused by Sappinia Diploidae.* J Neuropathol Exp Neurol. 2003 Oct;62(10):990-8.

19. Fourney D.R., Schomer D., **Nader R.,** Fourney-Chlan J., Suki D., Ahar K., Rhines L.D., Gokaslan Z.L., *Percutaneous Vertebroplasty and Kyphoplasty for Painful Vertebral Body Fractures in Cancer Patients,* J Neurosurg (Spine 1) 98:21:30 Jan 2003

20. **Nader R.,** Alford B.T., Hadjipavlou A.G., Crow W., Nauta H.J.W. *Preoperative Embolization and Intraoperative Cryotherapy as Adjuncts in Resection of Hypervascular Lesions of The Thoracolumbar Spine,* J Neurosurg (Spine 3) 97: Oct 2002

21. **Nader R.**, Al-Abdulhadi K., Leblanc R., Zeitouni A., *Acoustic Neuroma - an Outcome Study,* J Otolaryngol, 31(4):207-10, 2002 Aug.

22. Daniel SJ. **Nader R**. Kost K. Huttner I. *Facial Sweat Gland Carcinoma Metastasizing to Neck Nodes - A Diagnostic and Therapeutic Challenge.*   Archives of Otolaryngology- Head & Neck Surgery. 127(12):1495-1498, 2001 Dec

23. Muffoletto A.J., **Nader R**., Westmark R.M. , Nauta H.J.W., Garges K.J., Hadjipavlou A.G. *Hematogenous Pyogenic Facet Joint Infection of the Subaxial Cervical Spine: A Report of Two Cases and Review of the Literature*, J Neurosurg (Spine 1) 95:135-138, 2001

24. Gelman B.B., Rauf S.J., **Nader R**., Popov V., Borkowski J., Chaliub G.,  Visvesvara G., Nauta H.J.W. *Amoebic Encephalitis due to Sappinia Diploidae*. JAMA, May 16, 2001, Vol. 285, No. 19

25. **Nader R**., Mohr G., Sheiner N.M., Tampieri D., Mendelson J., Albrecht S. *Mycotic Aneurysm of the Carotid Bifurcation in the Neck: Case Presentation and Review of the Literature.* Neurosurg, May 2001, Vol. 48, No. 5., 1152-1156.

26. **Nader R**., Frenkiel S., Mohr G., Jacques L., Tampieri D., Albrecht S. *Rathke's Cleft Cyst Presenting as Sphenoid Sinusitis.* Otolaryngol – Head and Neck Surgery, Vol 124, No.2, 174-179. 2001

27. **Nader R.,** Forghani R., Krnjevic K. *In Rat Hippocampal Slices, NMDA Receptor-Mediated EPSPs are More Sensitive to Hypoxia than AMPA Receptor-Mediated  EPSPs*. Neurosci. Lett. 245, 135-138., 1998

### *Book chapters*

1. Algain R, Bafaqeeh MS, **Nader R**, Alwadai A. *Subependymal Giant Cell Astrocytoma*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 6-9

2. Al-Otaibi F, **Nader R**. *Stuge Weber Syndrome*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 10-12

3. Alahmari A, AlYamany M, Bafaqeeh MS, **Nader R,** Ghani E. *Sphenoid Wing Meningioma*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 30-33

4. Lary AI, **Nader R,** Del Maestro R. *Eloquent Cortex Low Grade Glioma*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 72-75

5. Nader M-E, Raza SM, DeMonte F, **Nader R,** Gidley PW. *Petrous Apex Tumor*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 116-119

6. Erickson NJ, Gragnaniello C, Harding M, Litvack ZN, Caputy AJ, **Nader R,** Sigounas D. *Middle Cerebral Artery Aneurysm with Intracerebral Hemorrhage*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 154-158

7. Rutter G, Gragnaniello C, **Nader R,** Caputy AJ, Sigounas D, Harding M.. *Distal Anterior Cerebral Artery Aneurysm.* In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 159-161

8. Chau AMT, Gragnaniello C, **Nader R,** Caputy AJ, Sigounas D, Harding M. *Concomitant Arteriovenous Malformation and Aneurysm*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 177-180

9. Chau AMT, Gragnaniello C, **Nader R,** Caputy AJ, Sigounas D, Harding M. *Adult Moyamoya*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 198-202

10. Erickson NJ, Gragnaniello C, **Nader R**. *Hypertensive Putaminal Hematoma*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 203-205

11. Hunter G., **Nader R**. *High Grade Carotid Stenosis and Intracranial Aneurysm.* In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 221-224

12. **Nader R**. *Chronic Subdural Hematoma.* In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 227-231

13. **Nader R**. *Spasticity after Cord Injury*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 361-362

14. Qureshi N, **Nader R**. *Vagal Nerve Stimulator*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 393-395

15. **Nader R**. *Normal Pressure Hydrocephalus*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 401-403

16. Pearl J, Aggarwal A, **Nader R**. *Ossification of the Posterior Longitudinal Ligament*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 474-477

17. **Nader R**, Almubaslat M. *Thoracic Disk Herniation*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 479-483

18. Alhashemi H**, Nader R**, Sabbagh AJ., *Lower Back Pain - Conservative Management*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 489-493

19. Gragnaniello C, Chau AMT, Almubaslat M, **Nader R**. *Cauda Equina Syndrome*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 505-507

20. Almubaslat M, Aggarwal A, Gragnaniello C, **Nader R**. *Sacroiliac Joint Dysfunction SIJ Fusion*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 515-520

21. Gragnaniello C., **Nader R**. *Spinal Epidural Abscess*. In: Nader R, et al. *Neurosurgery Case Review – Questions and Answers – Second Edition,* New York: Thieme Medical Publishers 2020 pp. 547-549

---

22. Gragnaniello C, Esposito I, **Nader R**, Seex K, *Odontoid Screw Placement*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 7-10

23. **Nader R**, Ippolito S, Gragnaniello C, *C1-C2 Transarticular Screw Fixation,* In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 19-22

24. Shaya M, **Nader R**, *Cervical Leminectomy,* In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 45-48

25. Mokhtar SA, Gragnaniello C, **Nader R,** Kokubun S, *Cervical Laminoplasty* In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 61-63

26. Bocchetti A**,** Gragnaniello C, Magliulo M., **Nader R,** *Retroperitoneal Approach for Lumbar Corpectomy*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 100-105

27. **Nader R**, Gragnaniello C, *Lumbar Laminectomy and Laminotomy*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 110-113

28. **Nader R**, Gragnaniello C, *Posterior Lumbar Diskectomy*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 114-118

29. Gragnaniello C, Tender G, Day J, Sutterlin C, Fukshansky M, **Nader R,** *Sacroiliac Joint Arthrodesis and Fixation*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 138-143

30. Cardarelli M, Gragnaniello C, Iaccarino C, Ippolito S, **Nader R,** Servadei F, *Thoracolumbar Burst Fracture: Posterior Approach*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 225-230

31. Gragnaniello C, Esposito I, **Nader R,** *Primary Reconstruction in Spinal Infection*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 244-250

32. Gragnaniello C, Costa F, **Nader R,** Cardia A, Lassio G, Fornari M, *Intradural Extramedullary Tumors: Spinal Schwannomas*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 275-279

33. Davidson A, Gragnaniello C, **Nader R,** Morgan M, *Spinal Arteriovenous Fistulae and Malformations*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 293-298

34. Mokhtar SA, Gragnaniello C, **Nader R,** Kokubun S, *Surgical Management of Cervical Ossified Posterior Longitudinal Ligament.* In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 383-387

35. Gragnaniello C, Albanese R, Chau AMT, **Nader R,** Seex K. *Cauda Equina Syndrome* In: Nader R, et al. Neurosurgery Tricks of the Trade: Spine and Peripheral Nerves, New York: Thieme Medical Publishers, 2014 pp. 394-398

36. Natale M, Gragnaniello C, **Nader R**, Moraci A, *In Situ Decompression of the Ulnar Nerve at the Elbow.* In Nader R, et al., *Neurosurgery Tricks of the Trade: Spine*, New York: Thieme Medical Publishers, 2014, pp. 413-417

37. **Nader R**, Gragnaniello C., *Convexity and parasagittal approach*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 2-6

38. **Nader R**, Gragnaniello C, *Meningioma - General Surgical Management*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 98-104

39. Gragnaniello C, **Nader R**, Almefty O. *Petroclival meningioma* In: Nader R, et al. Neurosurgery Tricks of the Trade: Cranial, New York: Thieme Medical Publishers, 2013 pp. 142-148

40. **Nader R,** Gragnaniello C, *Clinoidal meningioma*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 149-152

41. Weil AG, Rahme R, **Nader R,** Moumdjian R. *Central Neurocytoma* In: Nader R, et al. Neurosurgery Tricks of the Trade: Cranial, New York: Thieme Medical Publishers, 2013 pp.187-190

42. Gallo P, Gragnaniello C, **Nader R,** Mottolese C. S*upracerebellar Infratentorial Approach to the Pineal Region* In: Nader R, et al. Neurosurgery Tricks of the Trade: Cranial, New York: Thieme Medical Publishers, 2013 pp. 223-226

43. Gragnaniello C, **Nader R**, Nader M-E, Lasio G, Fornari M, Laws Jr. E, *Cranial Approaches to Sellar and Parasellar Tumors*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 264-271

44. Chang SD, **Nader R**. *Anterior Communicating Artery Aneurysm Surgical Repair* In: Nader R, et al. Neurosurgery Tricks of the Trade: Cranial, New York: Thieme Medical Publishers, 2013 pp.300-302

45. Altay, T, Gragnaniello C, **Nader R,** *Carotid termination aneurysm* In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 307-312

46. Davidson A, Gragnaniello C, Assaad N, **Nader R**, Morgan M., *Clinoidal and Infraclinoid Carotid Aneurysm*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 313-317

47. Lai L, Gragnaniello C, Davidson A, **Nader R,** Morgan M, *Multiple Intracranial Aneurysms*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 354-358

48. Gragnaniello C**, Nader R**, Assaad N, Davidson AS, Stoodley M, Morgan MK. *Surgical Management of Giant Intracranial Aneurysms* In: Nader R, et al. Neurosurgery Tricks of the Trade: Cranial, New York: Thieme Medical Publishers, 2013 pp. 364-371

49. Gragnaniello C, **Nader R,** Morgan M, *Resection of Deep Arteriovenous Malformation*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 391-396

50. **Nader R**, Almubaslat M, Gragnaniello C, *Approaches to Cerebral Veins and Dural Sinus*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 413-420

51. Gragnaniello C, Albanese R, Ganau M, **Nader R**, *Infected Bone Flap*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 530-534

52. **Nader R**, Gragnaniello C, Paramasvaran S, Fuller J, *Gamma Knife Radiosurgery*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 560-563

53. Merciadri P, Gragnaniello C, Peretta P, Secci F, Abou-Hamden A, **Nader R**, *Ventriculoatrial Shunt*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 638-640

54. Wong J, Gragnaniello C, **Nader R**, Stoodley M, *Syringosubarachnoid and Syringopleural Shunts*, In Nader R, et al., *Neurosurgery Tricks of the Trade: Cranial*, New York: Thieme Medical Publishers, 2013, pp. 644-647

———————————

55. Gragnaniello C, De Castro I, **Nader R**. *Recurrent Lumbar Disk Herniation - Repeat Discectomy vs. Fusion.* In: Eck JC, Vaccaro AR. Controversies in Spine Surgery: Best Evidence Recommendations, New York: Thieme Medical Publishers 2010 pp. 161-172

———————————

56. **Nader R**. *Subependymal Giant Cell Astrocytoma*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 6-9

57. **Nader R**. *Stuge Weber Syndrome*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 10-13

58. **Nader R**. *Parasaggital Meningiona*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp.18-19

59. **Nader R**. *Sphenoid Wing Meningioma*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 24-26

60. **Nader R.**, Nader M-E. *Pituitary Tumor*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 39-42

61. **Nader R.**, Sabbagh AJ., *High Grade Glioma*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 51-54

62. **Nader R**. *Colloid Cyst of the Third Ventricle*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 89-91

63. **Nader R**. *Hypertensive Putaminal Hematoma*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 130-132

64. Hunter G, **Nader R**. *High Grade Carotid Stenosis and Intracranial Aneurysm*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 155-157

65. **Nader R**. *Chronic Subdural Hematoma*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 158-162

66. **Nader R**. *Gunshot Wound to the Head*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 178-181

67. **Nader R**. *Spasticity After Cord Injury*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 273-274

68. **Nader R**. *Cervical Spondylotic Myelopathy*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 308-312

69. Hanna A**, Nader R**. *Anterior Versus Posterior Approach to the Cervical Spine*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 313-315

70. Alhashemi H**, Nader R**, Sabbagh AJ.  *Lower Back Pain - Conservative Management*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 316-320

71. Gragnaniello C, **Nader R**. *Cauda Equina Syndrome*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 325-329

72. **Nader R**. *Thoracic Disk Herniation*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 330-334

73. **Nader R**. *Lumbar Epidural Hematoma*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 354-357

74. Gragnaniello C, **Nader R**. *Spinal Epidural Abscess*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 358-360

75. Pande R, Nader M, **Nader R**. *Progressive Multifocal Leukoencephalopathy*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 407-410

76. **Nader R**. *Normal Pressure Hydrocephalus*. In: Nader R., Sabbagh AJ. *Neurosurgery Case Review – Questions and Answers*, New York: Thieme Medical Publishers, 2010 pp. 414-416

# ABSTRACTS & PRESENTATIONS

1.  *Feb.10th 2020*  **Nader, R.**, Spinal Cord Injury
    Invited Guest Lecturer & Professor
    Brain Project Africa
    Medical Outreach Mission, Yaoundé, Cameroon

2.  *Feb.10th 2020*  **Nader, R.**, Subaxial Cervical Spine Trauma
    Invited Guest Lecturer & Professor
    Brain Project Africa
    Medical Outreach Mission, Yaoundé, Cameroon

3.  *Feb.9th 2018*  **Nader R,** Les Douleurs Musculosquelettiques
    (Genou, Épaule, Colonne Cervicale)
    9e Colloque Annuel De L'institut De Médecine Spécialisée de Laval.
    Laval, Quebec, Canada

4.  *Jan.13th 2018*  Alvernia JE, Hidalgo J, Sindou MP, Luzardo G, Perkins E, Washington C,
    **Nader R**, Mertens P.
    The maxillary artery and its variants:
    An anatomical study with neurosurgical applications
    43rd Annual Meeting, Louisiana Neurosurgical Society, Shreveport, LA

5.  *Mar.7th 2017*  **Nader, R.**, ASIA scoring, Neurological assessment and medical management
    Invited Guest Lecturer & Professor
    1st Neurosurgery Review Course
    Department of Neurosurgery - Neuroscience Institute at Hamad Medical Corp.
    Doha, Qatar

6.  *Mar.7th 2017*  **Nader, R.**, Degenerative Spine diseases:
    Pathophysiology, presentation and management
    Invited Guest Lecturer & Professor
    1st Neurosurgery Review Course
    Department of Neurosurgery - Neuroscience Institute at Hamad Medical Corp.
    Doha, Qatar

7.  *Mar.7th 2017*  **Nader, R.**, Thoracolumbar fractures
    Invited Guest Lecturer & Professor
    1st Neurosurgery Review Course
    Department of Neurosurgery - Neuroscience Institute at Hamad Medical Corp.
    Doha, Qatar

8.  *Mar.7th 2017*  **Nader, R.**, Chronic low backache and Failed back syndrome
    Invited Guest Lecturer & Professor

1st Neurosurgery Review Course
Department of Neurosurgery - Neuroscience Institute at Hamad Medical Corp.
Doha, Qatar

9. *Mar.8th 2017*  **Nader, R.**, Cerebrovascular Anatomy
Invited Guest Lecturer & Professor
1st Neurosurgery Review Course
Department of Neurosurgery - Neuroscience Institute at Hamad Medical Corp.
Doha, Qatar

10. *Mar.13th 12*  **Nader, R.**, The Roadmap to Writing a Successful Medical Book
Invited Guest Lecturer
The National Neuroscience Institute
King Fahd Medical City, Riyadh, Saudi Arabia

11. *Oct.3rd 11*  Alvernia, J.E., **Nader, R.**, Signorelli F., Murphy C.E.,
The Maxillary Artery: An Anatomo-radiological Correlation Study
Congress of Neurological Surgeons – 62nd annual meeting, Washington, DC

12. *Mar. 20th 11*  **Nader, R.** Neuroanatomy: Sensory Control and Balancing Mechanisms
Invited Guest Lecturer - North Carolina Alexander Technique Program
Chesapeake Bay Alexander Studies, Greensboro, NC

13. *Feb. 16th 11*  **Nader, R.** The Cranio-Orbito-Zygomatic Approach
Invited Guest Lecturer – Division of Neurosurgery
University of Texas Medical Branch, Galveston, TX

14. *Jan. 22th 11*  **Nader, R.** Cranio-Orbital Osteotomies and Skull Base Surgery
Invited Guest Lecturer - Mississippi Neurosurgical Society Annual Meeting,
Jackson, MS

15. *Dec. 30th 10*  **Nader, R.** Inhibition and the Brain
Invited Guest Lecturer - Alexander Technique Residential Workshop
Serra Retreat Center, Malibu, CA

16. *Dec. 28th 10*  **Nader, R.** Sensory Control and Balancing Mechanisms
Invited Guest Lecturer - Alexander Technique Residential Workshop
Serra Retreat Center, Malibu, CA

17. *Aug. 31th 10*  **Nader, R.** Cheng M.  Brain and Spine Tumors Management
Continued Medical Education Lectures, Memorial Hospital, Gulfport, MS

18. *July 30th 10*    **Nader, R.** Recent Advances in Neurosurgery
Invited Guest Lecturer - Mississippi State Assembly of Surgical Technologist,
Back to the Mississippi Gulf Coast Workshop, Biloxi, MS

19. *May 28th 10*    **Nader, R.** Sabbagh, AJ.  Brain Tumor Management and Intraoperative Imaging,
Continued Medical Education Lectures, Memorial Hospital, Gulfport, MS

20. *May 1st 10*    Aboud ET, Ayoubi S, Al-Mefty O, **Nader, R.**  Artificial Aneurysms for
Laboratory Surgical Training.  American Association of Neurological Surgeons
(http://www.aans.org/Media/Article.aspx?ArticleId=64609 – online abstract)

21. *April. 28th 10*    **Nader, R.** Lower Back Pain– A Neurosurgeon's Perspective,
Continued Medical Education Lectures, Memorial Hospital, Gulfport, MS

22. *Mar. 10th  09*    **Nader, R.** Lower Back Pain and Minimally Invasive Spine Surgery
Department of Anesthesiology Grand Rounds,
University of Arkansas for Medical Sciences, Little Rock, AR

23. *Jan. 17th 09*    **Nader, R.** Cases in Neurosurgery
Mississippi Neurosurgical Society Annual Meeting, Greenwood, MS

24. *Jan. 17th 09*    **Nader, R.,** Nader, M-E., Miller, J.D., Lucas, M., Coppage, T.,
Spinal Stenosis in Klippel-Feil Syndrome Caused by Peri-dural Metastatic
Adenocarcinoma, Mississippi Neurosurgical Society Annual Meeting,
Greenwood, MS

25. *Jan. 12th 08*    **Nader, R.** Cases in Neurosurgery
Mississippi Neurosurgical Society Annual Meeting, Biloxi, MS

26. *Aug. 8th 07*    **Nader, R.** Lower Back Pain– A Neurosurgeon's Perspective,
Continued Medical Education Lectures, Delta Regional Medical Center,
Greenville, MS

27. *June 1st 07*    Broadwater, K., **Nader, R**. Environment Effects versus Physiological Effects of
Human Voice Quality, The Voice Foundation's 36th Annual Symposium:
Philadelphia, PA

28. *Mar. 14th  07*    **Nader, R.** Lower Back Pain, Continued Medical Education Lectures,
Grenada Lake Medical Center, Grenada, MS

29. *Nov. 2nd 06*    **Nader, R.** Lower Back Pain – A Neurosurgeon's Perspective
Continued Medical Education Lectures, Greenwood Leflore Hospital, Greenwood,
MS

30. *April 8th 06*    **Nader, R.** Piriformis Syndrome
Mississippi Neurosurgical Society Annual Meeting, Memphis, TN

31. *Oct. 8th 05*    **Nader, R.**, Nauta, H.J.W., Intraoperative CT Monitoring of Stereotactic Intracerebral Hematoma Aspiration Congress of Neurological Surgeons – 55th annual meeting, Boston, MA

32. *Oct. 16th 04*    Hanbali, F., Gloss, D., **Nader, R.**, Patterson, J.T., Nauta, H.J.W., The Argument of Intraoperative CT Scan Congress of Neurological Surgeons – 54th annual meeting, San Francisco, CA

33. Oct. 16th 04    Hanbali, F., Suki, D., **Nader, R.**, Guinti, F., Rhines, L.D., Lang, F.F., Gokaslan, Z.L. Freehand Thoracic Pedicle Screw Instrumentation Without Intraoperatibe Imaging Guidance. Congress of Neurological Surgeons – 54th annual meeting, San Francisco, CA

34. *Oct. 16th 04*    **Nader, R.**, Hanbali, F., Green, C., DeMonte, F. Bony Tumors of the Orbit. Congress of Neurological Surgeons –San Francisco, CA

35. Oct. 16th 04    **Nader, R.**, Hauck, E.F., Hanbali, F., McGinnis, M., Patterson, J.T., Nauta, H.J.W., Cerebral Phaeohyphomycosis Mimicking High-Grade Glioma Congress of Neurological Surgeons – 54th annual meeting, San Francisco, CA

36. *May 3rd 04*    **Nader, R.,** Hentschel, S., Dastgir, A., Suki, D., Callender, D. L.,  DeMonte F., Craniofacial resection in the elderly: an outcome study American Association of Neurological Surgeons, Orlando, FL

37. *May 3rd 04*    **Nader, R.**, Dastgir, A., Haynes, N., Gokaslan, Z.L., Rhines, L.D., Surgical Outcome in Lung Cancer Patients with Hematogenous Metastases to the Spine: A Series of 53 Patients. American Association of Neurological Surgeons, Orlando, FL

38. *May 1st 04*    **Nader, R.**, Dastgir, A., Suki, D., Bohinski, R., Mendel, E., Gokaslan, Z.L., Rhines, L.D., Surgical Resection of Sacral Metastases: A Series of 19 Patients. American Association of Neurological Surgeons, Orlando, FL

39. *Mar. 27th 04*    **Nader, R.**, Dastgir, A., Haynes, N., Gokaslan, Z., Rhines, L.D., Surgical Outcome in Lung Cancer Patients with Hematogenous Metastases to the Spine: A Series of 53 Patients. Southern Neurosurgical Society, Amelia Island, FL

40. *Mar. 24th 04*    **Nader, R.**, Dastgir, A., Suki, D., Bohinski, R., Mendel, E., Gokaslan, Z.L., Rhines, L.D., Surgical Resection of Sacral Metastases: A Series of 19 Patients. Southern Neurosurgical Society, Amelia Island, FL

41. *Mar. 24th 04*    **Nader, R.**, Hanbali, F., Tabrizi, P., Lang, F.F., DeMonte, F., Tumors of the Skull

Base in Children and Adolescents. Southern Neurosurgical Society, Amelia Island, FL

42. *Mar. 24th 04*   **Nader, R**., Hanbali, F., Lang, F.F., Pilocytic astrocytoma of the brainstem. Southern Neurosurgical Society, Amelia Island, FL

43. *Mar. 24th 04*   **Nader, R**., Hanbali, F., Green, C., DeMonte, F., Bony Tumors of the Orbit. Southern Neurosurgical Society, Amelia Island, FL

44. *Nov. 13th 03*   Wefel J.S., Lang F.F., **Nader R**., Meyers C.A. Neurocognitive Sequelae of Surgical Resection for Previously Untreated Intrinsic Insular Region Tumors Society for Neuro-Oncology – Eighth Annual Meeting, Keystone, CO

45. *Oct. 18th 03*   **Nader, R.,** Hanbali, F., Tabrizi, P., Lang, F.F., DeMonte, F., Tumors of the Skull Base in Children and Adolescents Congress of Neurological Surgeons, Denver, CO

46. *Oct. 18th 03*   **Nader, R.,** Hanbali, F., Lang, F.F.,  Pilocytic Astrocytoma of the Brain Stem Congress of Neurological Surgeons – 53rd annual meeting, Denver, CO

47. *July 30th 03*   Hadjipavlou A.G., **Nader R.,** Crow W., Nauta H.J.W.  Management of hypervascular tumors of the spine. North American Spine Society, Maui, HI

48. *July 30th 03*   **Nader, R.,** Dastgir, A., Haynes, N., Gokaslan, Z., Rhines, L.D., Surgical outcome In patients with hematogenous lung cancer metastatic to the spine: a series of 37 patients. North American Spine Society, Maui, HI

49. *May 17th 03*   Mendel E., **Nader R.,** Gunshot injuries to the spine AO ASIF Symposium, Rosemont, IL

50. *Feb. 22nd 03*   Demonte F., **Nader R**., Ginsberg L.E. Tumors of the Division of the Trigeminal Nerve.  North American Skull Base Society, Memphis, TN

51. *Oct. 28th 02*   Fourney D.R., Schomer D., **Nader R.,** Fourney-Chlan J., Suki D., Ahar K., Rhines L.D., Gokaslan Z.L., Percutaneous Vertebroplasty and Kyphoplasty for Painful Vertebral Body Fractures in Cancer Patients. North American Spine Society, Montreal, PQ

52. *Sept. 21st 02*   **Nader R**., Ginsberg L.E., Demonte F., Cavernous sinus hemangioma Associated with Facial Cutaneous Vascular Anomalies. Congress of Neurological, Philadelphia, PA

53. *Sept. 21st 02*   **Nader R**., Ginsberg L.E., Demonte F., Tumors of the Trigeminal Nerve Congress of Neurological Surgeons, Philadelphia, PA

54. *Sept. 21st 02*   Fourney D.R., Schomer D., **Nader R.,** Fourney-Chlan J., Suki D., Ahar K., Rhines L.D., Gokaslan Z.L., Percutaneous Vertebroplasty and Kyphoplasty for Painful Vertebral Body Fractures in Cancer Patients.
Congress of Neurological Surgeons, Philadelphia, PA

55. *May 8th 02*   Fourney D.R., Schomer D., **Nader R.,** Fourney-Chlan J., Suki D., Ahar K., Rhines L.D., Gokaslan Z.L., Percutaneous Vertebroplasty and Kyphoplasty in Cancer Patients. Trainee Recognition Day,
M. D. Anderson Cancer Center,  Houston, TX

56. *April 19th 02*   **Nader R**., Hanbali F., Resident Case Presentation
Texas Association of Neurological Surgeons, Dallas, TX

57. *May 4th 01*   **Nader R.,** Lo E.S., Alford B.T., Lacroix M., Lumbosacral Dissociation
Texas Association of Neurological Surgeons, Houston, TX

58. *April 13th 01*   **Nader R.,** Mohr, G., Sheiner N.M., Tampieri D., Mendelson J., Albrecht S.
Mycotic Pseudo-Aneurysms of the Extracranial Carotid Artery
The Emirates Neuroscience Conference – Dubai, United Arab Emirats

59. *Nov.17th 00*   Alford B.T., **Nader R.,** Hadjipavlou A.G., Crow W., Nauta H.J.W.
Preoperative embolization and intraoperative cryotherapy in resection of hypervascular lesions of the thoracolumbar spine.
Spine + Science + Management Program – New Orleans, LA

60. *Oct. 21st 00*   Mohr G., **Nader R.,** Sheiner N.M., Tampieri D., Mendelson J., Albrecht S.
Mycotic Aneurysm of the Carotid Artery.
Association of Quebec Neurosurgeons, Boucherville PQ

61. *Oct. 2000*   **Nader R.,** Mohr G., Sheiner N.M., Tampieri D., Mendelson J., Albrecht S.
Mycotic Aneurysm of the Carotid Artery.
New England Neurosurgical Society, Woods Hole, MA

62. *June 9th 00*   **Nader R**., Gelman B.B., Chaliub G., Borkowski J., Popov V., Visvesvara G., Rauf S.J., Nauta H.J.W.  Brain Abscess Caused by a New Genus of Free Living Ameba. Singleton Surgical Society, Galveston, TX

63. *June 9th 00*   Gelman B.B., Chaliub G., **Nader R**.,  Borkowski J., Popov V., Visvesvara G., Rauf S.J., Nauta H.J.W.  A New Genus of Free Living Ameba Producing Human Encephalitis: Sappinia Diploidae.
American Association of Neuropathology, Atlanta, GA

64. *May 26th 00*   Alford B.T., **Nader R.,** Gelman B.B., Visvesvara G., Rauf S.J., Nauta H.J.W.
Amebic Brain Abscess: Case Report and Review of the Literature

Texas Association of Neurological Surgeons, San Antonio, TX

65. *May 17th 00*   **Nader R.**, Mohr G., Frenkiel S., Jacques L., Tampieri D., Albrecht S.
Rathke's Cleft Cyst, McGill's 100 years of Neurosurgery, Montreal, PQ

66. *March 3rd 00*   Mohr G., **Nader R.**, Frenkiel S., Jacques L., Tampieri D., Albrecht S.
Rathke's Cleft Cyst, New England Neurosurgical Society, Hanover, NH

67. *July 1999*   **Nader R.**, Mohr G.,  Frenkiel S., Jacques L., Tampieri D., Albrecht S.
Kystes de la fente de Rathké [Rathke's Cleft Cyst], (French translation)
La Société de Neurochirurgie de Langue Française
[French Speaking Language Society of Neurosurgery], Montreal, PQ

68. *July 1999*   **Nader R.**, Mohr G., Sheiner N.M., Tampieri D., Mendelson J., Albrecht S.
Anévrismes Mycotiques de la Bifurcation Carotidienne dans le Cou. [Mycotic
Aneurysm of the Carotid Bifurcation in the Neck] (French translation).
La Société de Neurochirurgie de Langue Française
[French Speaking Language Society of Neurosurgery], Montreal, PQ

69. *July 1999*   Zeitouni A., **Nader R.**,  Abdulhadi K., Leblanc R., Villemure J-G.
Acoustic Neuromas - an outcome study.
Canadian Society of Otolaryngol –H&N Surgery

70. *April 29th 99*   **Nader R.**,  Abou-Khalil S., Tewfik T.L.Wharton's duct rerouting: a Tc99 uptake
Study. American Society of Pediatric Otolaryngologists, Palm Desert, CA

71. *Sept.  24th 98*   **Nader R.**,  Abou-Khalil S., Tewfik T.L.Wharton's duct rerouting: a Tc99 uptake
Acoustic Neuromas Management.
Quebec Association of Otolaryngologists. Quebec, PQ

72. *Dec. 4th 96*   **Nader R.**, Krnjevic K., Effects of calcium release from intracellular stores on
NMDA and AMPA components of EPSPs during anoxia. Faculty of Medicine
Student Research Day – McGill University, Montreal, PQ

# EDITORIAL WORK

| | |
|---|---|
| *June 2011 to date* | **Chief Editor** - Neurosurgery & Medical Devices Sections<br>E-Medicine/ WebMD |
| *Jan. 06 to date* | **Editor and Reviewer** of Select Prospective Manuscripts and Proposals,<br>Neurosurgery Section,<br>Theime Medical Publishers, New York, NY |
| *Jan. 96 to Jan. 98* | **Editor** of the McGill Journal of Medicine<br>McGill University, Montreal, PQ, Canada |

# TEACHING EXPERIENCE

| | |
|---|---|
| *Nov.4-7 2016* | **AANS Goodman Oral Board Preparation course**<br>Course Instructor -  Break-out session examiner<br>American Association of Neurological Surgeons, Houston, TX |
| *Nov.7-8 2015* | **AANS Goodman Oral Board Preparation course**<br>Course Instructor -  Break-out session examiner<br>American Association of Neurological Surgeons, Houston, TX |
| *Nov.8-9 2014* | **AANS Goodman Oral Board Preparation course**<br>Course Instructor -  Break-out session examiner<br>American Association of Neurological Surgeons, Houston, TX |
| *March 10 to Mar 12* | **Neurosurgery board review for residents**<br>Bi-Monthly lecture series<br>University of Mississippi, Jackson, MS |
| *July 06 to Dec 08* | **Neurosurgery board review for residents**<br>Monthly lecture series<br>University of Mississippi, Jackson, MS |
| *Sept.05 to Dec 08* | **Neurosurgical clinical skills training**<br>For Nurses and nurse practitioners<br>Greenwood Leflore Hospital, Greenwood, MS |

# Wasyl William Fedoriw
## 1322 Tulane St
## Houston, TX 77008
## (260) 413 8965
## wfedoriw@gmail.com

---

### EDUCATION

| | |
|---|---|
| 2018 | **American Board of Orthopaedic Surgery** |
| | Subspecialty Certification in Sports Medicine |
| 2015 | **American Board of Orthopaedic Surgery** |
| | Board Certified |
| 2011-2012 | **The Methodist Hospital** |
| | Houston, TX |
| | Fellowship in Sports Medicine |
| 2006-2011 | **Loyola University Chicago** |
| | Maywood, IL |
| | Residency in Orthopaedic Surgery |
| 2002-2006 | **Northwestern University, Feinberg School of Medicine** |
| | Chicago, IL |
| | M.D. |
| 1997-2002 | **Indiana University** |
| | Bloomington, IN |
| | B.S. in Biochemistry, B.A. in Spanish with Minors in Music and Slavic Studies with Certification in Russian |
| | Graduated with Honors |

### STAFF APPOINTMENTS

**Chief of Surgery** Memorial Hermann Northeast Hospital 2017

**Medical Staff Peer Review Committee** Memorial Hermann Northeast Hospital 2018-present

**OR Committee** Memorial Hermann Northeast Hospital 2012-present

**Utilization Review Committee** Memorial Hermann Northeast Hospital 2014-2017

**Orthopaedics and Sports Medicine Clinical Programs Committee** Memorial Hermann Hospital System 2013-present

1

**Biologics Clinical Programs Committee** Memorial Hermann Hospital System 2016-present

**Hip Fracture Clinical Program Committee** Memorial Hermann Hospital System 2017-present

## PUBLICATIONS

**Fedoriw WW**, Ramkumar P, McCulloch P, Lintner D. Return to Play after Treatment of Superior Labral Tears in Professional Baseball Players. Am J Sports Med, 2014 Mar (epub).

**Fedoriw WW**, Marra G. Elbow Hemiarthroplasty for Cumminuted Fracture of the Distal Humerus in a 51-Year-Old Woman: Case Report. Loyola Department of Orthopaedic Surgery and Rehabilitation Journal. 2008 Vol 17:81-84.

Aminian A, Gao F, **Fedoriw WW**, Zhang LQ, Kalainov DM, Merk BR. Vertically oriented femoral neck fractures: mechanical analysis of four fixation techniques. J Orthop Trauma. 2007 Sep;21(8):544-8.

**Fedoriw WW**, Tonino P, Evans D, Ravindra V, Volkmer D, Callaci JJ. Alcohol Affects Rotator Cuff Tendon Healing.  Manuscript in preparation.

## RESEARCH

| | |
|---|---|
| 2001-2002 | **Research Assistant** <br> Donald Burke, Ph.D. <br> *Indiana University, Department of Biochemistry* <br> Assisted in research to elucidate the structure of Flavin-binding RNA aptamers |
| Summer, 2003 | **Research Assistant** <br> Robert Schrauf, Ph.D. <br> *Northwestern University Feinberg School of Medicine, Buehler Center for Aging* <br> Found and tested research control subjects for a project designed to test the second language capability of Ukrainian Immigrants with Alzheimer's Disease |

## HONORS & AWARDS

| | |
|---|---|
| 2000 | **Jack A. Tichenor Memorial Award for Academic Acheivement, Indiana University Athletic Department** <br> Award given annually to the student-athlete with the highest degree of academic achievement at Indiana University |
| 2002 | **Northwestern University Feinberg School of Medicine Freshman Year Scholarship** <br> Recipient of 1st year full-tuition scholarship |

2

| Summer, 2003 | **Northwestern University Feinberg School of Medicine Buehler Center for Aging Summer Research Program** |
|---|---|
| | Awarded a grant for summer research through the Buehler Center for Aging |

## *EXTRACURRICULAR*

| 2012-current | **Team Physician** |
|---|---|
| | Humble Independent School District, Atascocita, Humble, and Summer Creek High Schools, Humble, TX |
| | New Caney Independent School Distric, New Caney and Porter High Schools, New Caney, TX |
| 2011 | **Team Physician** |
| | Westside High School Varsity Football Team, Houston, TX |
| 2010 | **Team Physician** |
| | Saint Joseph High School Varsity Football Team, Westchester, IL |
| 2009 | **Team Physician** |
| | Proviso West High School Varsity Football Team, Hillside, IL |
| 1998-2002 | **Indiana University Varsity Track and Field** |
| | Four years intercollegiate track and field competition in the Shotput, Discus, Hammer Throw, and 35lb Weight Throw, Team Captain (2002), School Record, 35lb Weight Throw (2002-present), Provisional National Championship Qualifier, 35b Weight Throw (2002), Qualifier for US National Indoor Championships, 35lb Weight Throw (2002) |

## *WORK EXPERIENCE*

| 2012-current | **Orthopaedic Surgeon, Sports Medicine Specialist, UT Orthopaedics** |
|---|---|
| | Memorial Hermann Northeast Hospital, Humble TX 77338 |
| 2001-2002 | **Teaching Assistant** |
| | ***Indiana University Department of Chemistry*** |
| | Teaching Assistant for Freshman Chemistry lecture and laboratory sections |
| 2001-2002 | **Chemistry Department Tutor** |
| | *Indiana University Department of Chemistry* |
| | Tutored students through the Department of Chemistry for Organic Chemistry |

## *SKILLS*

Proficient in spoken and written Spanish
Working knowledge of spoken and written Ukrainian and Russian

## *PERSONAL*

-Participated in undergraduate intramural athletics in basketball, flag football, and soccer, attaining intramural championships five times in basketball

3

-Participated in graduate intramural athletics in basketball