

1177 West Loop South
Tenth Floor
Houston, Texas 77027
O 713.629.1580
F 713.629.5027

Robert M. Browning
Director and Shareholder
rbrowning@brownsims.com
D 713-351-6238

June 7, 2022

Judge Yvonne Y. Ho                                                          *via Pacer*
Magistrate Judge
United States District Court for the
Southern District of Texas – Houston Division
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

**Re:**  Case No. 4:20-CV-03430; *Lorie Duff v. Frontier Airlines, Inc., ABM Aviation, Inc., DAL Global Services, Inc.* In United States District Court for the Southern District of Texas, Houston Division.

To the Honorable Yvonne Y. Ho:

The undersigned is counsel of record for DAL Global, Inc. ("DAL"). DAL reviewed this Court's latest rulings. DAL remains before this Court as D.E. 41 remains pending.

Though D.E. 52 resolved the cross-claim issues involving ABM Aviation, Inc. ("ABM"), Frontier Airlines, Inc. ("Frontier") was also a party to D.E. 31 (the cross-claim). DAL subsequently filed D.E. 41 pertaining to both ABM and Frontier.  Neither ABM nor Frontier responded to D.E. 41.

While ABM subsequently requested leave to file D.E.31 (D.E.43), Frontier never did. This Court subsequently dismissed ABM's cross-claims (D.E. 52). Technically, Frontier's cross-claim is still pending. Therefore, a ruling  is still necessary regarding D.E. 41 as to Frontier's cross-claim (even though it was filed without leave of court).

Additional depositions are being discussed between counsel. As DAL settled the claim against it in late 2021, it would appreciate finality so it does not need to participate in further discovery.

Sincerely,

Brown Sims

Robert M. Browning

cc:  Service on all counsel of record                                        *via Pacer*