UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-03430 |
| | § | |
| FRONTIER AIRLINES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 14, 2022. Doc. #55. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff's motion to dismiss her claims against DAL Global Services, LLC (Doc. #33), Plaintiff's motion to dismiss her claims against Frontier Airlines, Inc. (Doc. #47), and DAL Global Services, LLC's motion to dismiss Frontier Airlines, Inc.'s crossclaims (Doc. #41) are all GRANTED. This case is hereby DISMISSED.

It is so ORDERED.

_June  29, 2022_  
Date

The Honorable Alfred H. Bennett
United States District Judge