United States District Court
Southern District of Texas
**ENTERED**
July 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) | JURY DEMANDED |
| | ) | |
| DEFENDANTS | ) | |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION PURSUANT TO FRCP 60(a) TO CORRECT AND/OR MODIFY THE COURT'S ORDER OF JUNE 29, 2022 (DOC. NO. 56), OR IN THE ALTERNATIVE, MOTION TO REOPEN CASE**

ON THIS DAY, the Court considered Plaintiff's Unopposed Motion Pursuant to FRCP 60(a) to Correct and/or Modify the Court's Order of June 29, 2022 (Doc. 56), or in the alternative, motion to reopen case and:

ORDERS that Plaintiff's Motion to Correct and/or Modify the Court's Order of June 29, 2022 (Doc 56) is GRANTED; it is further ORDERED that the phrase "This case is hereby DISMISSED" is hereby STRUCK from the Court's Order of June 29, 2022 (Doc. 56) and the case is reopened for the claims asserted by Plaintiff against Defendant ABM Aviation, Inc.

Signed this 12th day of July, 2022.



U.S. District Court Judge