IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-03430 |
| | § | |
| **FRONTIER AIRLINES, INC., AND** | § | |
| **ABM AVIATION, INC.** | § | |
| *Defendants.* | § | |

## RULE 29 AGREEMENT REGARDING EXPERT DESIGNATIONS

Plaintiff Lorie Duff and Defendant ABM Aviation, Inc. have agreed to extend the dates for expert designations set forth in the Rule 29 Agreement of April 27, 2022, to the following new dates:

| | |
|---|---|
| August 23, 2022 | Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |
| September 23, 2022 | Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |

All other deadlines are set forth in Document No. 60.

Agreed:

BY: *[signature]*
Kevin Forsberg
Counsel for Plaintiff

BY:  /s/ Marc Michael Rose
Marc Michael Rose
Rose Law Group, PLLC
Counsel for ABM Aviation, Inc.