UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LORIE DUFF                                        )
                                                  )
            PLAINTIFF                             )
                                                  )
v.                                                )      CIVIL ACTION NO. 4:20-CV-03430
                                                  )
FRONTIER AIRLINES, INC. AND ABM     )      JURY DEMANDED
AVIATION, INC.                                    )
                                                  )
            DEFENDANTS                           )

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO CORRECT AND/OR MODIFY
THE AMENDED SCHEDULING ORDER (DOC. NO. 60)**

ON THIS DAY, the Court considered Plaintiff's Unopposed Motion Pursuant to Correct and/or Modify the Amended Scheduling Order (Doc. No. 60), and therefore

ORDERS that Plaintiff's Motion is GRANTED and a new Scheduling Order shall issue.

Signed this _____ day of _____, 2022.


_____
U.S. District Court Judge