IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-03430 |
| | § | |
| **FRONTIER AIRLINES, INC., AND** | § | |
| **ABM AVIATION, INC.** | § | |
| *Defendants*. | § | |

## RULE 29 AGREEMENT REGARDING EXPERT DESIGNATIONS

Plaintiff Lorie Duff and Defendant ABM Aviation, Inc. have agreed to extend the dates for expert designations set forth in Doc. No. 65 to the following new dates:

| | |
|---|---|
| February 14, 2023 | Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |
| April 1, 2023 | Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |

All other deadlines are set forth in Document No. 65.

Agreed:

BY: */s/ Kevin Forsberg by/permission*          BY: */s/ Marc Michael Rose*
    Kevin Forsberg                                                        Marc Michael Rose
    Counsel for Plaintiff                                              Rose Law Group, PLLC
                                                                                     Counsel for ABM Aviation, Inc.