IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-03430 |
| | § | |
| **FRONTIER AIRLINES, INC., AND** | § | |
| **ABM AVIATION, INC.** | § | |
| *Defendants.* | § | |

## RULE 29 AGREEMENT REGARDING EXPERT DESIGNATIONS

Plaintiff Lorie Duff and Defendant ABM Aviation, Inc. have agreed to extend the dates for expert designations set forth in Doc. No. 65 to the following new dates:

| | |
|---|---|
| March 31, 2023 | Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |
| April 14, 2023 | Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). Additionally, Defendant, or party without the burden of proof, will supplement its Expert Report forty-five (45) days after Plaintiff's Independent Medical Examination is conducted. |

All other deadlines are set forth in Document No. 65.

Agreed:

BY: _/s/ Kevin Forsberg_  3-15-23
Kevin Forsberg
Counsel for Plaintiff

BY: _/s/ Marc Michael Rose_
Marc Michael Rose
Rose Law Group, PLLC
Counsel for ABM Aviation, Inc.