AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Lori Duff | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:20-CV-03430 |
| ABM Aviation, Inc., | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Aylancia Lillie

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: The Forsberg Law Firm, PC, 15899 Hwy 105 W Montgomery, Texas 77356 | Date and Time: 04/19/2023 9:30 am |
|---|---|

The deposition will be recorded by this method: Stenographically and by Video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Photo Identification.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/17/2023

*CLERK OF COURT*

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Lori Duff, who issues or requests this subpoena, are:

Kevin Forsberg, The Forsberg Law Firm, PC, 15899 Hwy 105 W Montgomery Texas 77356 9365886226

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 4:20-CV-03430

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Aylancia Lillie

on *(date)* 3/17/2023.

☒ I served the subpoena by delivering a copy to the named individual as follows: Aylancia Lillie 1015 Hummingbird Point Ln. Houston, TX 77090

on *(date)* 3/28/2023 ; or @ 4:17 AM

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/28/2023

*Server's signature*

AhANA June Willis   Sch #1329
*Printed name and title*   exp 7-31-24

14520 Old Katy Rd Ste 126 Houston, TX 77079
*Server's address*

Additional information regarding attempted service, etc.: