UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) | JURY DEMANDED |
| | ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S MOTION FOR CONTEMPT, OR IN THE ALTERNATIVE MOTION TO SHOW CAUSE AND COMPEL NON-PARTY WITNESS AYLANCIA LILLIE TO APPEAR FOR DEPOSITION**

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, LORI DUFF ("Plaintiff") requesting the Court to find non-party Witness Aylancia Lillie in contempt for failure to obey a duly served subpoena (Doc. 69) or in the alternative compel her to show cause for nonappearance and/or compel her to appear for her deposition and for cause would show as follows:

### I. Introduction

1. This lawsuit arises from an incident (Plaintiff fell from a wheelchair disembarking an airplane) where employees of Defendant ABM Aviation, Inc. were assisting Plaintiff at Houston Intercontinental Airport. One of the two employees, Aylancia Lillie, was properly served with a subpoena to appear for her deposition on April 19, 2023 at the office of the undersigned. Doc. 69 (Return of Service for the Subpoena).

2. Counsel for Plaintiff and ABM Aviation, Inc. appeared for the deposition, but the witness ignored the subpoena and did not appear. See Ex. A, Certificate of Non-Appearance.

3. The return of service shows that Aylancia Lillie was served in Houston, Harris County, well

within the allowed subpoena range.

## II. Relief Requested

4. Aylancia Lillie is a direct witness to the events underlying this lawsuit and her testimony is needed.

5. If a person does not obey a subpoena or a subpoena related order, a court can hold the person in contempt. FRCP 45(g); see also *Fisher v. Marubeni Cotton Corp.*, 526 F.2d 1338, 1342 (8th Cir. 1975).

6. Per FRCP 45(g), Plaintiff seeks an order finding Aylancia Lillie in contempt for failing to appear for her deposition per the properly served subpoena. The certificate of non-appearance shows, by clear and convincing evidence, that the witness failed to honor the subpoena. Ex. A.

7. If the Court does not find Aylancia Lillie in contempt, the Plaintiff alternatively requests the Court issue an order compelling Aylancia Lillie to appear for her deposition and/or show cause why should not be compelled to appear for her deposition.

## III. Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court grant this Motion and find non-party witness Aylancia Lillie in contempt, or in the alternative, order Aylancia Lille to show cause for her non-appearance and compel her to attend her deposition. Plaitniff further requests all other relief at law or equity for which Plaintiff may show herself entitled.

Respectfully Submitted,

**THE FORSBERG LAW FIRM, P.C.**

BY: /s/ Kevin Forsberg
    KEVIN A. FORSBERG
    State Bar No.: 24009204
    15899 Hwy 105 W
    Montgomery, Texas 77356
    936-588-6226
    936-588-6229 Facsimile
    Kevin@forsberglaw.net

### CERTIFICATE OF SERVICE

This is to certify that on May __11__, 2023, a true and correct copy of the foregoing documents was served by efiling on:

Marc Michael Rose
Rose Law Group PLLC
State Bar No. 24098350
Fed. Id. No. 2943701
777 Main Street, Suite 600
Ft. Worth, Texas 76102
Telephone: (817) 887-8118
Facsimile: (817) 887-8001
E-mail: marc@roselg.com

Brenton J. Allison
Gilman & Allison LLP
2005 Cullen Blvd.
Pearland, Texas 77581
Telephone: (713) 224-6622
Facsimile: (866) 543-3643
E-mail: ballison@gilmanallison.com
COUNSEL FOR DEFENDANT ABM AVIATION, INC.

**Aylancia Lillie**    **Via USPS:**    **9405 5036 9930 0542 5535 20**
**1015 Hummingbird Point Lane**
**Houston, Texas 77090**

    _____/s/ Kevin A. Forsberg_____
    KEVIN A. FORSBERG

Certificate of Conference

The undersigned provided a copy of this motion to counsel Marc Rose for ABM Aviation, Inc. before filing and they indicated they have no objection to the granting of this motion.

_____/s/ Kevin Forsberg___
Kevin Forsberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) | JURY DEMANDED |
| | ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S MOTION FOR CONTEMPT, OR IN THE ALTERNATIVE MOTION TO SHOW CAUSE AND COMPEL NON-PARTY WITNESS AYLANCIA LILLIE TO APPEAR FOR DEPOSITION**

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, LORI DUFF ("Plaintiff") requesting the Court to find non-party Witness Aylancia Lillie in contempt for failure to obey a duly served subpoena (Doc. 69) or in the alternative compel her to show cause for nonappearance and/or compel her to appear for her deposition and for cause would show as follows:

### I. Introduction

1. This lawsuit arises from an incident (Plaintiff fell from a wheelchair disembarking an airplane) where employees of Defendant ABM Aviation, Inc. were assisting Plaintiff at Houston Intercontinental Airport. One of the two employees, Aylancia Lillie, was properly served with a subpoena to appear for her deposition on April 19, 2023 at the office of the undersigned. Doc. 69 (Return of Service for the Subpoena).

2. Counsel for Plaintiff and ABM Aviation, Inc. appeared for the deposition, but the witness ignored the subpoena and did not appear. See Ex. A, Certificate of Non-Appearance.

3. The return of service shows that Aylancia Lillie was served in Houston, Harris County, well

within the allowed subpoena range.

## II. Relief Requested

4. Aylancia Lillie is a direct witness to the events underlying this lawsuit and her testimony is needed.

5. If a person does not obey a subpoena or a subpoena related order, a court can hold the person in contempt. FRCP 45(g); see also *Fisher v. Marubeni Cotton Corp.*, 526 F.2d 1338, 1342 (8th Cir. 1975).

6. Per FRCP 45(g), Plaintiff seeks an order finding Aylancia Lillie in contempt for failing to appear for her deposition per the properly served subpoena. The certificate of non-appearance shows, by clear and convincing evidence, that the witness failed to honor the subpoena. Ex. A.

7. If the Court does not find Aylancia Lillie in contempt, the Plaintiff alternatively requests the Court issue an order compelling Aylancia Lillie to appear for her deposition and/or show cause why should not be compelled to appear for her deposition.

## III. Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court grant this Motion and find non-party witness Aylancia Lillie in contempt, or in the alternative, order Aylancia Lille to show cause for her non-appearance and compel her to attend her deposition. Plaitniff further requests all other relief at law or equity for which Plaintiff may show herself entitled.

Respectfully Submitted,

**THE FORSBERG LAW FIRM, P.C.**

BY: /s/ Kevin Forsberg
      KEVIN A. FORSBERG
      State Bar No.: 24009204
      15899 Hwy 105 W
      Montgomery, Texas 77356
      936-588-6226
      936-588-6229 Facsimile
      Kevin@forsberglaw.net

## CERTIFICATE OF SERVICE

This is to certify that on May __11__, 2023, a true and correct copy of the foregoing documents was served by efiling on:

Marc Michael Rose
Rose Law Group PLLC
State Bar No. 24098350
Fed. Id. No. 2943701
777 Main Street, Suite 600
Ft. Worth, Texas 76102
Telephone: (817) 887-8118
Facsimile: (817) 887-8001
E-mail: marc@roselg.com

Brenton J. Allison
Gilman & Allison LLP
2005 Cullen Blvd.
Pearland, Texas 77581
Telephone: (713) 224-6622
Facsimile: (866) 543-3643
E-mail: ballison@gilmanallison.com
COUNSEL FOR DEFENDANT ABM AVIATION, INC.

**Aylancia Lillie          Via USPS:     9405 5036 9930 0542 5535 20**
**1015 Hummingbird Point Lane**
**Houston, Texas 77090**

      _____/s/ Kevin A. Forsberg_____
      KEVIN A. FORSBERG

Certificate of Conference

The undersigned provided a copy of this motion to counsel Marc Rose for ABM Aviation, Inc. before filing and they indicated they have no objection to the granting of this motion.

_____/s/ Kevin Forsberg___
Kevin Forsberg