Page 1

CERTIFICATE OF NON-APPEARANCE

FOR THE DEPOSITION OF AYLANCIA LILLIE

APRIL 19, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
LORI DUFF                            :
   Plaintiff,                        :
                                     :
vs.                                  :   C.A. 4:20-cv-03430
                                     :
FRONTIER AIRLINES, INC.              :
AND ABM AVIATION, INC.               :
   Defendants.                       :
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3   LORI DUFF                            :
         Plaintiff,                       :
 4                                        :
     vs.                                  :   C.A. 4:20-cv-03430
 5                                        :
     FRONTIER AIRLINES, INC.              :
 6   AND ABM AVIATION, INC.               :
         Defendants.                      :
 7

 8              CERTIFICATE OF NON-APPEARANCE
            FOR THE DEPOSITION OF AYLANCIA LILLIE
 9                     APRIL 19, 2023

10
```

11      I, Donna Worley, a Certified Shorthand Reporter and

12 Notary Public in and for the State of Texas, do hereby

13 certify that pursuant to Notice issued on February 7,

14 2023, I was present at the offices of The Forsberg Law

15 Firm, 15899 Highway 105 W., Montgomery, Texas, on April

16 19, 2023 from 9:30 a.m. to 10:00 a.m., accompanied by

17 Mr. Kevin A. Forsberg, Attorney for Plaintiff Lori Duff,

18 and Mr. Marc Michael Rose and Mr. Brenton J. Allison,

19 Attorneys for Defendant ABM Aviation, Inc., attending by

20 Zoom, and Mr. Christian Barrett, Videographer, and that

21 the witness, AYLANCIA LILLIE, did not appear to be

22 deposed.

23

24

25

Certificate of Non Appearance for the Deposition of Aylancia Lillie

Page 3

1    All taxable cost will be incurred by Mr. Kevin A.
2  Forsberg, SBN# 24009204, Attorney for Plaintiff, in the
3  amount of $_____.

5    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the
6  19th day of April, 2023.

*Donna Worley*
_____
Donna Worley, Texas CSR 7390
Expiration Date:  10-31-24
Liberty Litigation Support, LLC
Firm Registration No. 708
7171 Highway 6 North, Suite 250
Houston, Texas  77095
Phone:  281-200-5310
Fax:  713-533-8997