UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) | JURY DEMANDED |
| | ) | |
| DEFENDANTS | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONTEMPT, OR IN THE ALTERNATIVE MOTION TO SHOW CAUSE AND COMPEL NON-PARTY WITNESS AYLANCIA LILLIE TO APPEAR FOR DEPOSITION

ON THIS DAY, the Court considered Plaintiff's <u>MOTION FOR CONTEMPT, OR IN THE ALTERNATIVE MOTION TO SHOW CAUSE AND COMPEL NON-PARTY WITNESS AYLANCIA LILLIE TO APPEAR FOR DEPOSITION</u>, and after considering the motion, and the record, the Court finds the motion meritorious; it is therefore

ORDERED that Plaintiff Motion is GRANTED as follows:

Granted (X)

_____   Aylancia Lillie is found in contempt of Court based upon clear and convincing evidence she failed to honor a subpoena to appear for her deposition.

_____   Aylancia Lillie is hereby ORDERED to appear for her deposition at The Forsberg Law Firm, PC, 15899 Hwy 105 W, Montgomery Texas 77356 on June 28, 2023 at 11:00 a.m.; failure to appear for this deposition and provide testimony may result in further sanction including but not limited to incarceration.

_____   An oral show cause hearing is scheduled for _____ where Aylancia Lillie is required to appear and show cause for her nonappearance and noncompliance with the subpoena to testify in this matter.

Signed this ____ day of _____, 2023.

                                                                                      _____
                                                                                      U.S. District Court Judge