| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lorie Duff | 4:20cv3430 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Frontier Airlines, et al | Order for Show Cause Hearing |

RECEIVED
UNITED STATES MARSHAL
2023 MAY 16 AM 10:29
SOUTHERN DIST. S/TX

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aylancia Lillie
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1015 Hummingbird Point Lane; Houston, TX 77090

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Clerk's Office<br>515 Rusk St.<br>Houston, TX 77002 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

United States Courts
Southern District of Texas
FILED
MAY 25 2023
Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Rachel Willborg* | 713-250-5918 | 5/16/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | M | M | *Dabeela Osrie* | 5/17/23 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Constance Lillie, mother | 5/24/23 | 1:05 | ☒ pm |
| Address *(complete only if different than shown above)* | Signature of U.S. Marshal or Deputy<br>*Dannie Nelson* #30207 | | |

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Show Cause Hearing
6/5/2023 @ 10AM

1st Endeavor - 5/24/23 @ 12:52pm
34 miles RT
$65.00

Form USM-285
Rev. 03/21