United States District Court
Southern District of Texas
**ENTERED**
June 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Lorie Duff, <br><br> *Plaintiff,* <br><br> v. <br><br> Frontier Airlines, Inc., et al. <br><br> *Defendants.* | § § § § § § § § § § § Case No. 4:20-cv-03430 |

# ORDER GRANTING IN PART MOTION FOR CONTEMPT AGAINST AYLANCIA LILLIE

On June 5, 2023, the Court held a hearing pursuant to an order directing non-party Aylancia Lillie to show cause why she should not be held in contempt for failing to appear for her deposition on April 19, 2023. *See* Dkt. 72. At the hearing, Lillie admitted to receiving the subpoena commanding her to appear for the deposition. She also admitted to having no excuse for failing to appear.

It is therefore **ORDERED** that Plaintiff Lorie Duff's motion for contempt against Lillie be **GRANTED IN PART**. Aylancia Lillie is hereby **ORDERED** to appear in-person for a deposition as follows:

**Wednesday, June 28, 2023 at 11:00 a.m.**
The Forsberg Law Firm, PC
15899 Highway 105 W
Montgomery, Texas 77356
Phone (for Kevin A. Forsberg): (936) 588-6226
Email: kevin@forsberglaw.net

Although the Court declines to impose penalties at this time, Lillie is cautioned that failing to appear at her rescheduled deposition could result in the issuance of a warrant for her arrest, an order imposing fines for civil contempt, or both.

It is further **ORDERED** that this Order be served on Aylancia Lillie by the United States Marshals at her address of record: 1015 Hummingbird Point Lane; Houston, TX 77090. The United States will advance costs of service.

Signed on June 5, 2023, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge