EXHIBIT "A"

# EDWARD C. MURPHY, M.D., P.A.
NEUROLOGICAL SURGERY

EDWARD C. MURPHY, M.D.

SMITH TOWER
6550 Fannin Street, Ste. 2323
Houston, Texas 77030
713-795-4300
FAX 713-795-5067

## EDUCATION

### Undergraduate
- 1965 Bachelor of Science in Electrical Engineering, University of Notre Dame
- 1966 Bachelor of Arts in Liberal Arts, University of Notre Dame

### Graduate/Medical
- 1967 Biomedical Engineering, Northwestern University, Biomedical Engineering Institute
- 1971 Medical Doctorate, Northwestern University, (Currently-Feinberg School of Medicine)

### Internship
- 1971-1972 Medical Intern, Evanston Hospital, Northwestern University Medical School, Chicago, ILL

### Residency
- 1972-1976 Neurosurgery Resident, Baylor College of Medicine, Division of Neurological Surgery, Houston, TX

### Clinical Fellowship
- 1974-1975 Postgraduate Fellow, National Hospitals for Nervous Diseases, London, England

## LICENSURE
- 1972-present  Texas State
- 1972-2000     Tennessee State

## CERTIFICATION
- 1983- present  American Board of Neurological Surgery

## MEDICAL, PROFESSIONAL, AND RESEARCH APPOINTMENTS

### Military Service
- 1972       Colonel, United States Army Reserves Commissioned
- 1990-1991  Desert Storm Veteran
- 1993       Graduate of United States Army War College
- 2003       Retired

### Medical Appointments
- 1971-1972  **Surgical Intern,** Department of Surgery, Northwestern University Medical School

Murphy - 1

| | |
|---|---|
| 1976-present | **Active Staff,** Houston Methodist Hospital, Houston, Texas |
| 1976-present | **Active Staff,** St. Joseph Medical Center, Houston, Texas |
| 1981-1990 | **Neurosurgery Section Chief,** St. Joseph Medical Center, Houston, Texas |
| 1985-2018 | **Medical Staff,** Park Plaza Hospital, Houston, Texas |
| 1990-present | **Chief of Academic Neurosurgery,** Medical Education Committee, St. Joseph Medical Center, Houston, Texas |
| 1999-2001 | **Neurosurgery Section Chief,** St. Joseph Medical Center, Houston, Texas |
| 2003-2020 | **Associate Medical Director of Graduate Medical Education Director, International Medical Internship Program,** St. Joseph Medical Center, Houston, Texas |
| 2004-present | **Neurosurgery Section Chief,** St. Joseph Medical Center, Houston, Texas |
| 2005-2011 | **Founding Member of Governing Board,** Patients Medical Center, Pasadena, Texas |
| 2006-2012 | **Member of Governing Board,** St. Joseph Medical Center, Houston, Texas |
| 2018-present | **Active Staff,** HCA Healthcare Medical Center, Park Plaza, Houston, Texas |
| 2020-present | **Medical Executive Committee Member,** Park Plaza, Houston, Texas |

*Faculty Appointments*

| | |
|---|---|
| 1976-2012 | **Clinical Faculty,** Department of Neurological Surgery, Baylor College of Medicine, Houston, Texas |
| 1984-1989 | **Instructor, Course Director,** American College of Surgeons, Military Chapter, Advanced Trauma and Life, US Facilities and Centers. |
| 1988-1994 | **Instructor,** Advanced Burns Life Support, Texas Facilities |
| 1998-present | **Adjunct Faculty,** Texas Chiropractic College, Pasadena, Texas |
| 2003-present | **Professor of Internship,** Universidad Autónoma de Tamaulipas, Tampico, Mexico |
| 2009-present | **Associate Professor,** Department of Surgery, Neurological Surgery, University of Texas Medical Branch, Galveston, Texas |
| 2010-present | **Professor of Internship,** Universidad Autónoma de Chihuahua, Chihuahua, Mexico |
| 2010-present | **Professor of Internship,** Universidad Popular Autónoma del Estado de Puebla, Puebla, Mexico |
| 2012-present | **Professor of Internship,** Universidad de Monterrey, Monterrey, Mexico |
| 2019-present | **Professor of Internship,** Universidad Anahuac Querétaro, Queretaro, Mexico |
| 2020-present | **Professor of Internship,** Universidad Anahuac Puebla, Puebla, Mexico |

*Other*

| | |
|---|---|
| 1965 | **Aerospace Intern, Engineer,** Johnson Space Center, Manned Spacecraft Center, Houston, Texas |

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

*International*
Academia Peruana de Sanidad de las Fuerzas Armadas y Policiales (Peruvian Academy of Health of the Armed and Police Forces), Member 1988

Sociedad Peruana de Neurocirugía (Peruvian Society of Neurosurgery), Member 1988-present

*National*
American Association of Neurological Surgeons, Fellow
Association of Military Surgeons, Member
Congress of Neurological Surgeons, Member

*State*
Texas Association of Neurological Surgeons, Member

*Local*
Christus St. Joseph Hospital ICU Committee, Member 1988
Christus St. Joseph Hospital Medical Ethics Committee, Member 1980-1987
Harris County Medical Society, Public Grievance Committee, Member 1999-2002
Hispanic American Medical Association, Director 1994, 2001, 2005
St. Joseph Hospital and St. Joseph Medical Center Emergency and Trauma Committees, Member 1988-present
Texas Medical Misión, Founder and President, 2002-present
The Methodist Hospital, Surgical Review Committee, Member 1986-1988
The Methodist Hospital, Physician Advisory Committee Quality Assurance, Member 1985-1993

## COMMUNITY AND VOLUNTEER SERVICE

The Equestrian Order of The Holy Sepulcher of Jerusalem, Knight, New Orleans, 1985
The National Federation of Catholic Physicians Guilds, Director, Texas, 1986-1991
Holy Cross High School, Member of Board of Directors, Sant Antonio, Texas, 2000-2006
Houston Committee Youth Center, Founder, Houston, Texas, 1977-1981
St. Mary's Seminary Physician, Physician, Houston, Texas, 1979-1989
Texas Medical Misión, Founder and President, Houston, Texas, 2002-present

## LANGUAGES

**English**: Native Language

**Spanish**: Fluent: Listener, Speaker, Reading and Writing

# EDWARD C. MURPHY, MD
# DEPOSITION/TESTIMONY LIST

**Depositions:**

9/27/2022:  Clint Colquitt – Jones Granger Law Firm

9/20/2022:  Johnny Kent

6/21/2022: Brandon Parker v. Academy – Clark Hill Law Firm

3/15/2022:  Michael Robinson – SBSB Eastham Law Firm - Cause No. 2019-35535; Michael Robinson vs. Jacintoport International LLC, et al.; In the 234th Judicial District Court of Harris County, Texas.  EWDF File No.:  23,545

10/5/2021:   Erick Galerne – The Doyle Law Firm – this was a worker's comp case, Dr. Murphy is a provider of his.

8/27/2019:  Gwendoly Smithheart – Martin L. Mayo & Associates

10/16/2018:  Velinda Crespo, Sanes Larkin Law Firm

4/10/2018:  Jose Cruz & Izmania Fuentes v. Ada's Window Tint – Michael Wright, Wright Law Firm

4/13/2018:  Daniel Foret – Kellen & Stern, PC

3/18/2018:  Cause No.: 2016-49003; Mariam Sharim Cordice v. Lan Dinh Nguyen; In the 270th District Court of Harris County, Texas.


**Arbitration:**

 9/15/2022:   Roy Burris – Smith & Carr – Roy Burris vs. Tractor Supply

10/21/2021:  Haily Lazcano – Smith & Carr - Hailey Lazcano vs. Costco Wholesale Corp.; Case No. 02-19-0002-2601


**Trial Testimony:**

9/2018: Derek George – The Bale Law Firm – Derek George vs Oceanwide America, Inc. and Gabriella USA, LLC