U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | RECEIVED UNITED STATES MARSHAL. | COURT CASE NUMBER |
|---|---|---|
| Lorie Duff | | 4:20cv3430 |

| DEFENDANT | 2023 JUN -5 PM 1:59 | TYPE OF PROCESS |
|---|---|---|
| Frontier Airlines, Inc., et al. | | Order for Deposition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aylancia Lillie

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1015 Hummingbird Point Lane  Houston, TX 77090

SOUTHERN DIST. OF TX

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Clerk's Office 515 Rusk St. Houston, TX 77002 | United States Courts Southern District of Texas **FILED** JUN 15 2023 Nathan Ochsner, Clerk of Court | Number of process to be served with this Form 285 — 1 |
| | | Number of parties to be served in this case — 1 |
| | | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Rachel Willborg* | | 713-250-5725 | 6/5/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk *Pab with Orain* | Date 4/6/23 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Constance Rayette Lillie (mother) | Date 6/12/23 | Time 10:45 | ☒ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* 1015 Hummingbird Point Lane Houston, TX 77090 | Signature of U.S. Marshal or Deputy *Dsm William Simon #3982* | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS
Endeavor #1 → 21123 N. Station Ct, Houston, TX 77073 – no contact – 34 miles Roundtrip
#2 1015 Hummingbird Point Lane, Houston, TX 77090 – no contact – 36 miles Roundtrip
Endeavor #3 1015 Hummingbird Point Ln, Houston, TX 77090 – served (mother) Constance Lillie
@ 10:45 am 6/12/23. (36 miles Roundtrip)

Form USM-285
Rev. 03/21