United States District Court
Southern District of Texas
**ENTERED**
January 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Lorie Duff, § § § *Plaintiff,* § § § v. § § Frontier Airlines, Inc. et al., § § § *Defendants.* § | Case No. 4:20-cv-03430 |

## ORDER TO SHOW CAUSE

The scheduling order required Plaintiff Lorie Duff to file the joint pretrial order no later than January 19, 2024. Dkt. 65. That deadline expired a week ago. Yet Duff has yet to file the joint pretrial order.

It is therefore **ORDERED** that Plaintiff Lorie Duff **SHOW CAUSE**, no later than **February 2, 2024**, why sanctions, including but not limited to dismissal of this case, are unwarranted under Fed. R. Civ. P. 16(f).

Signed on January 26, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge