UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lorie Duff | § | |
| | § | |
| *versus* | § | Case Number: 4:20−cv−03430 |
| | § | |
| Frontier Airlines, et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Docket Call and Trial

    Date and Time: February 2, 2024 and February 5, 2024

Date: January 28, 2024

                                                                                                                           Nathan Ochsner, Clerk