UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIE DUFF | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:20-CV-03430 |
| | ) | |
| FRONTIER AIRLINES, INC. AND ABM AVIATION, INC. | ) | JURY DEMANDED |
| | ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER (DOC. NO. 77)**

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, LORI DUFF ("Plaintiff"), and provides her response to the Court's Show Cause Order (Doc. No. 77) and would show as follows:

**I. Settlement**

The parties participated in mediation on December 15, 2023; the case did not settle at that point, but negotiations continued and the parties reached a settlement after the new year.

On January 19, 2024, the undersigned sent an email to Lisa Edwards, Case Manager, to advise of the settlement. See Ex. A. The undersigned believed this was adequate to notify the Court of the settlement. However, the undersigned should have followed up with the Court, and apologizes for any failed communication and/or lack of communication that occurred.

Plaintiff believes the only steps left for settlement are funding and the filing of a dismissal, all of which should be completed within a week to ten days.

## II. Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court allow the parties to complete the settlement terms, and file their motion to dismiss in the very near future, and further requests all other relief at law or equity for which Plaintiff may show herself entitled.

Respectfully Submitted,

**THE FORSBERG LAW FIRM, P.C.**

BY: /s/ Kevin Forsberg
      KEVIN A. FORSBERG
      State Bar No.: 24009204
      15899 Hwy 105 W
      Montgomery, Texas 77356
      936-588-6226
      936-588-6229 Facsimile
      Kevin@forsberglaw.net

## CERTIFICATE OF SERVICE

This is to certify that on Jan__31__, 2024, a true and correct copy of the foregoing documents was served by efiling on:

Marc Michael Rose
Rose Law Group PLLC
State Bar No. 24098350
Fed. Id. No. 2943701
777 Main Street, Suite 600
Ft. Worth, Texas 76102
Telephone: (817) 887-8118
Facsimile: (817) 887-8001
E-mail: marc@roselg.com

Brenton J. Allison
Gilman & Allison LLP
2005 Cullen Blvd.
Pearland, Texas 77581
Telephone: (713) 224-6622
Facsimile: (866) 543-3643
E-mail: ballison@gilmanallison.com
COUNSEL FOR DEFENDANT ABM AVIATION, INC.