**Kevin A Forsberg <kevin@forsberglaw.net>**  1/19/2024 1:13 PM

# Duff v. ABM Aviation, Inc. C.A. 4:20-cv-3430

To Lisa_Edwards@txs.uscourts.gov <lisa_edwards@txs.uscourts.gov>   Copy Marc Rose <marc@roselg.com> • ballison@gilmanallison.com

Ms. Edwards,

I wanted to advise the Court that this case has settled and the parties are working their way through the final paperwork for the settlement.

Thank you,

```
Kevin Forsberg, ESQ
Attorney - Mediator - Arbitrator
```



```
The Forsberg Law Firm, P.C.
15899 Hwy 105 West
Montgomery, Texas 77356
936-588-6226 (TEL) / 936-588-6229 (FAX)
```
www.forsberglaw.net
www.txmediator.net

```
The information contained in and transmitted with this email is SUBJECT TO THE ATTORNEY/CLIENT PRIVILEG
It is intended only for the individual or entity designated above. You are hereby notified that any use
```