United States District Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lorie Duff, | § § § | |
| *Plaintiff,* | § § | Case No. 4:20-cv-03430 |
| v. | § § | |
| Frontier Airlines, Inc. and ABM Aviation, Inc., | § § § § | |
| *Defendants.* | § | |

## ORDER SETTING DEADLINE FOR MOTION TO DISMISS

On January 26, 2024, the Court entered an order directing Plaintiff to show cause why the case should not be dismissed for failure to file the joint pretrial order. Dkt. 77. Plaintiff filed a response indicating that the parties have settled the case. Dkt. 79. In the response, Plaintiff states that the parties need ten more days to complete the settlement process and file a formal motion to dismiss.

It is therefore **ORDERED** that the parties file their joint motion to dismiss by **February 14, 2024**.

Signed on January 31, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge