IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-03430 |
| | § | |
| **FRONTIER AIRLINES, INC., AND** | § | |
| **ABM AVIATION, INC.** | § | |
| *Defendants*. | § | |

### PLAINTIFF'S AGREED MOTION FOR FINAL JUDGMENT DISMISSING CLAIMS WITH PREJUDICE

Plaintiff, Lorie Duff requests that the Court enter a Final Judgment dismissing all of her claims against Defendant, ABM Aviation, Inc. ("ABM") under FED. R. CIV. P. 41(A)(2). Plaintiff, Lorie Duff requests that the Court enter final judgment and that her claims against ABM Aviation, Inc. be dismissed with prejudice and be entered in the minutes of the Court.

Plaintiff requests that Court costs be taxed against the party incurring the same.

Respectfully submitted,

*/s/ Kevin A. Forsberg*
Kevin A. Forsberg
THE FORSBERG LAW FIRM, P.C.
15899 Hwy 105 West
Montgomery, Texas 77356
Texas Bar No. 24009204
Telephone: (936) 588-6226
E-mail: kevin@forsberglaw.net
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on February 13__, 2024, a true and correct copy of the foregoing document was served by electronic service on:

Marc Michael RoseRose Law Group PLLC777 Main Street, Ste. 600Fort Worth, Texas 77024Texas Bar No. 24098350
Federal ID No. 2943701Telephone: (817) 887-8118Fax: (817) 887-8001Email: marc@roselg.com**COUNSEL FOR DEFENDANTS**

Brenton J. AllisonGilman Allison L.L.P.2005 Cullen Blvd.Pearland, Texas 77581Texas Bar No.: 24040417
Federal ID No. 36863
Telephone: (713) 224-6622Fax: (866) 543-3643Email: ballison@gilmanallison.com**COUNSEL FOR DEFENDANTS**

/s/ Kevin A. Forsberg
Kevin A. Forsberg

## CERTIFICATE OF CONFERENCE

This motion was discussed with Counsel for Defendant and Defendant is agreed to this motion.

/s/ Kevin Forsberg