IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LORIE DUFF** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 4:20-cv-03430 |
| **FRONTIER AIRLINES, INC.,** *et. al.*, | § § | |
| *Defendants*. | § | |

## ORDER

Plaintiff's Agreed Motion for Final Judgment filed on February _13__, 2024 (Doc. No. _81_ is hereby **GRANTED**. This action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this ___ day of February. 2024.

_____
United States District Judge