United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LORIE DUFF** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 4:20-cv-03430 |
| § | |
| **FRONTIER AIRLINES, INC.,** *et. al.,* § | |
| *Defendants*. § | |

## ORDER

Plaintiff's Agreed Motion for Final Judgment filed on February _13_, 2024 (Doc. No. _81_ is hereby **GRANTED**. This action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 27th day of February. 2024

_____
ALFRED H. BENNETT
United States District Judge